FILED
APR 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To: Mr. Peter T. Dalleo, Clerk
USDC, District of Delaware 844
King St, Locker Box 18, Wilmington DE 19801

From: James Hall, 00167581, pro se,
1181 Paddock Rd, Delaware Correctional Center
C-22-W

Date: 4/11/05

Re: Dear sir — this is a Request for a Docket Sheet for C.A. #04-1328-GMS. A prompt Acknowledgment of this letter will be Greatly appreciated.

Sincerely Yours,
James Hall
James Hall, 00167581,
Pro Se 1181 Paddock Rd Smyrna
Del 19977

Date: 4/11/05

I/M James Hill
SBI# 00167551    UNIT W-C-22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Mr. Peter T. Dalleo, Clerk
United States District Court
844 King Street, Lockbox 18
Wilmington, Del 19801