IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES HALL, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1328-GMS ) |
| DAVID HOLMAN, LAWRENCE MCGUIGAN, and CLYDE D. SAGERS, | ) ) ) ) |
|     Defendants. | ) ) |

**AUTHORIZATION**

I, James Hall,, SBI # 167581, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $1.67 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated July 19, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: July 20, 2005.

                                                   /s/ James Hall
                                                 James Hall



I/M James Hall
SBI# 167561    UNIT W-C-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk U.S.D.C.
844 N. King Street Lockerbox 18
Wilmington, Delaware 19801-3570

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOSEPH T. VINCENT II
   Plaintiff
      V.
CATHY COLONNA, AND T.A.S.C. OF
   DELAWARE,
   Defendents

C.A.No.04-327-GMS

MOTION FOR: Ammended Claim

COMES NOW, the petitioner, Joseph T. Vincent II, pro se and moves this Honorable Court to grant this writ for the following reasons: Plaintiff, Joseph Vincent, pursuant to Rules 15(A) & 19(A) Fed. R. Civ. P. requests leave to file an amended complaint adding a party)

1. the plaintiff in his original complaint failed to name the Acting Director of De. T.A.S.C

2. Since the filing of the complaint the plaintiff has yet to determine the name of the director on 4,28,02

3. this Court should grant leave Freely to amend a complaint Foman V Davis, 371 US 178, 182 (1962

WHEREFORE, due to the foregoing reasons, the petitioner requests that this writ be granted.

Dated: 7,19,05

                                /s/ Joseph Vincent
                                Sussex Correctional Institution
                                Route 113 n. P.O. box 500
                                Georgetown, de 19947

FILED
JUL 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Joseph T. Vincent II, hereby certify that I have served a true and correct copy of the attatched Request for Counsel & Motion to Name defendents (Ammended Claim) upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Phebe S. Young | 820 N. French St. | Wilm, DE 19801 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at S.C.I., P.O. Box 500, Georgetown, De. 19947 This 19th day of July, 05

FILED
JUL 2 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



T. Vincent  BLDG: MERIT-EAST
CORRECTIONAL INSTITUTION
BOX 500
TOWN, DELAWARE 19947

X-RAY
S.M.S.

Office of the Clerk
United States District Court
844 N. King St. LockBox 18
Wilmington, De.
19801-3570