ORIGINAL

United States District Court
District of Delaware

James Hall, Plaintiff

v.

David Holman

Et. Al;

C.A. No: 04-1328-GMS

**Amended Complaint / Correction of Deficiencies**

**Motion to Amend Pursuant To F.R.C.P. R.15A**

Petitioner Hereby moves the Honorable Court to allow the following information to be Amended into the §1983 Action pending before the Court

FILED

SEP - 9 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.) Plaintiff is a pro se litigant and seeks pleading leniency under <u>Haines v. Kerner</u>, 404 U.S. 519, 92 S.Ct. 594 (1972) of which the court should allow liberal amendment of civil action complaints (see also <u>Wilson V. Rackmill</u>, 878 F.2d 772 (3rd Cir 1989).

2) Plaintiff humbly wishes to correct minor deficiencies in his pro se filed civil complaint, and offers the following in support.

1. No harm to state, because they have yet to file an answer.

2. Plaintiff is pro se - unlettered in the law. However comes to this court as a friend of the court in good faith with a meritorious claim. And if pleading leniency is not granted, injustice will occur.

3. Correcting pleading deficiencies at this early stage will assist both judicial economy and resources.

4.) Specifically plaintiff... wishes to make the following changes of corrections with regards to Item # III, Title Heading (parties).

That read as follows: Name of plaintiff <u>JAMES HALL</u>

A.    Address <u>DCC 1181 Paddock Rd, Smyrna De 19977</u>

B. Defendant _____ is employed as <u>Security Superintendent</u>
   _____ at <u>Delaware Correctional Center, near Smyrna De</u>

C. Additional Defendants. <u>Lawrence McGuigan, Deputy Warden</u>
   <u>Clyde D. Sorgers, Acting Deputy Warden 1.</u>
   <u>Delaware Department of Corrections</u>

Respectfully the plaintiff wishes to make the following changes (Deficiencies)

B. To read as follows: Defendant **David Holman** is employed as **Security Superintendent** at **Delaware Correctional Center near Smyrna Del**

C. Additional Defendants **Lawrence McGuigan Deputy Warden** **Clyde D. Sagers, Acting Deputy Warden 1.**

5 Plaintiff brings this §1983 action against defendants in their individual and official capacity.

## Conclusion

Wherefore the plaintiff pray this Honorable court allow the following deficiency corrections to be amended in the §1983 action pending before the court

Respectfully submitted this 6 day of Sept, 05

James Hall, Pro Se, 167581
1181 Paddock Rd. Smyrna
Del / 19977

I/M ~~Shane Hall~~
SBI# 167581    UNIT W-C-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
U.S.D.C. 844 N. King Street,
Lockerbox, 18  Wilmington, Del
19801-3570