## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1328-JJF |
| | ) | |
| DAVID HOLMAN, Deputy Warden | ) | |
| LAWRENCE MEGUIGAN, and | ) | |
| Acting Deputy Warden Clyde Sagers | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi on behalf of Defendants David Holman, Lawrence Meguigan and Clyde Sagers. The Defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Date: October 25, 2005

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 25, 2005, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on May 20, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

    James Hall
    SBI # 167581
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

                                                /s/ Lisa Barchi
                                                Deputy Attorney General
                                                Department of Justice
                                                820 N. French Street, 6th Floor
                                                Wilmington, DE 19801
                                                (302) 577-8400
                                                lisa.barchi@state.de.us