In The United States District Court
For The District of Delaware

James Hall,
   Plaintiff

v.

David Holman Et. AL
   Defendants

Case # No: 04-1328-GMS

Plaintiff Request for Appointment of Counsel

FILED
OCT 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Plaintiff's Motion for Appointment of Counsel

Pursuant to 28 U.S.C. § 1915(e)(1), Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, Plaintiff states:

1. Plaintiff cannot afford to hire a lawyer. He has requested leave to proceed in forma pauperis in this case.

2. Plaintiff's imprisonment will greatly limit his ability to litigate this case. This case will likely involve substantial investigation and discovery.

3. The issues in this case are complex. A lawyer would help Plaintiff to apply the case properly in briefs and before the court. Plaintiff would humbly request appointment of Counsel.

4. A trial in this case will likely involve conflicting testimony. A lawyer would assist plaintiff in the presentation of evidence and the cross-examination of opposing witnesses. The case may turn on credibility determinations.

5. The plaintiff has made efforts to obtain/retain an attorney Id. attached sheets

Wherefore, plaintiff request that the Court appoint counsel to represent him in this case.

Respectfully submitted, 26 day of October, 05

James Hall
James Hall, pro. se. 167581
881 Paddock Rd Smyrna DE

## CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
(302) 658 5614

Arthur G. Connolly, Jr.
Partner
TEL (302) 888-6212
FAX (302) 658-0380
EMAIL aconnollyjr@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

August 11, 2005

James E. Hall   167581
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

Dear Mr. Hall:

    I am returning the papers you sent to me.  I am sorry but I am not able to take your case.

                                           Sincerely,

                                           Arthur G. Connolly, Jr.

AGCjr/jac
Encl

TO: Connolly Bove Lodge & Hutz LLP
Attorney At Law

FROM: James E. Hall 167581, pro. se
1181 Paddock, Rd. Smyrna Del. Delaware Correctional Center - D.C.C.

Date: 8-9-05

"TO:" Mr. Arthur G Connolly, Jr.

Re: Legal Assistance for CA# .04(01328) 01328-GMS Hall v. Holman et al, and CA# 05-(00297) 00297-GMS Hall v. First Correctional Medical et al, For Contingence Basis. I, James Hall Humbly Request that you Appear and be my Legal Counsel I've been Litigating These Cases without Assistance of Counsel and have made Errors and Mistakes That have been Costly I Need your Assistance I've Suffered extensively with permanate injury I Humbly Pray That you please Review The Claim I've presented Herein And Enter a notice of Appearance on my behalf The Damages Reng from Compensatory - punitive And I.E., emotional Distress please review The Documents I've prepared and respectfully if "which I pray you will), Take my Cases .o? please give me a written defense if prompt Acknowledgement will be greatly Appreciated. I've been Granted motion To proceed ifp. And Have paid The initial filling fees on Both criminal Action #.

Sincerely yours

James Hall
James Hall, pro. se
1181 Paddock Rd. Smyrna Del

Date: 8-9-05

To: Thomas & Stephen Neuberger
2 East 7th Street, Suite 302
Wilmington, De 19801

From: James Hall, prose. 167581
1181 Paddock, Rd. Smyrna Del. Delaware Correctional Center D.C.C.

Date: 8-4-05

Re: Legal Assistance for CA# 04 1328-GMS, Hall v. First Correctional Medical Et.Al, And Hall v. Holman Et.al. 0247 GMS on consumer Bass I. James Hall humbly request that you appear and be my counsel. I've been litigating these cases without assistance and have made mistakes that have been costly & need your assistance. I've suffered extensively with permanent injury & humbly pray that you please review the claim I've presented herein and enter an notice of appearance on my behalf. Please review the documents I've prepared and respectfully. Take my cases & prompt acknowledgement of this letter will be greatly appreciated. I've been granted motion to proceed ifp. and have paid initial filling fees on both criminal action #.

Mr. Hall –

Mr. Neuberger's area of expertise is in Employment Law. We can not assist you with the type of case you present here.

Thank you for considering us & Good Luck.

Regards,
Joseph Robert

## Certificate of Service

I, _JAMES HALL_, hereby certify that I have served a true and correct cop(ies) of the attached: _(2) Plaintiff's motion for Appointment of Counsel_ upon the following parties/person (s):

TO: _Ms. Lisa A. Barchi_
_Deputy Attorney General_
_Department of Justice_
_820 N. French Street, 6th floor_
_Wilmington, DE 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _26_ day of _October_, 2005

_James Hall_

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 King Street, Lockbox 18
Wilmington, De 19801

I/M James Hall
SBI# 167581  UNIT W-C-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977