In The United States District Court
for The District of Delaware

James Hall,
   Plaintiff
v.

David Holman et al.,
   Defendants

C.A.: 04-1328-GMS

FILED
OCT 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Affidavit in Support of the Plaintiff's Motion for the Appointment of Counsel

James Hall, being duly sworn, deposes and says:

1. I am the plaintiff in the above entitled case. I make this Affidavit in support of my motion for the appointment of counsel.

2. The complaint in this case alleges that the plaintiff was subjected to cruel and unusual punishment by several top level correctional officials, whom directly participated in the deprivation of plaintiff's clearly established constitutional rights (I.E., To be free from assault of a fellow inmate). The defendants failed to intervene. It alleges that supervisory officials were aware of the violent propensities of plaintiff's inmate and that defendants are liable for failing to take action despite their knowledge of this substantial risk of harm for failing to take reasonable measures to abate it. It also demonstrates that plaintiff was assaulted as a result of prison policy/practices

3. This is a complex case because it contains several different legal claims.

4. The case involves failure to protect issues that may require expert testimony. To the degree to which the case may turn on credibility determinations

5. This case will require discovery of documents and deposition of a number of witnesses.

6. The testimony will be in sharp conflict, since the plaintiff alleges that the Defendants policy caused him to be assaulted.

7. The plaintiff has only a high school education and has no legal education.

8. As set forth in the Memorandum of Law submitted with this motion, these facts, along with the legal merit of the plaintiffs claims, support the appointment of counsel to represent the plaintiff.

Wherefore, the plaintiffs motion for the appointment of counsel should be granted.

_____
James Hall, pro se

Sworn to before me this
26 day of October, 2005

# Certificate of Service

I, _James Hall_, hereby certify that I have served a true and correct cop(ies) of the attached: _(2) Affidavit in support of the plaintiff's Motion for the Appointment of counsel_ upon the following parties/person (s):

TO: _Mrs Lisa Barchi_
_Deputy Attorney General_
_820 N. French Street, 6th Floor_
_Wilmington, DE 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _26_ day of _October_, 2005

_James Hall_

I/M James Hall
SBI# 167581  UNIT W-C-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 King Street, Lockbox 18
Wilmington, De 19801

U.S.M.S. X-RAY