To: Mr Peter T. Dalleo
Clerk of the Court

From: James Hall, SBI
167551, 1181 Paddock RD
Pro.se plaintiff - 04-1328-GMS

Re: I Humbly Request a copy of United States District Court for District of Delaware "Local Rules", and also a copy of 04-1328-GMS Docket sheet.

Date: 10-6-05

Sincerely Yours

James Hall
James Hall, pro se
1181 Paddock RD DOC
Smyrna DE 19977

I/M JAMES Hall
SBI# 167581   UNIT W-C-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Wilmington DE postmark, 07 NOV 2005 PM]

To: Peter T. Dalleo, Clerk of the Court
U.S.D.C. 844 N King St, Lockerbox 18
Wilmington DE 19801-3570