OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

November 10, 2005

TO:

**James Hall**
SBI# 167581
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

   *RE: Request for Local Rules and Docket Sheet, CA 04-1328 GMS*

Dear Mr. Hall:

   Your letter has been received by the Clerk's office requesting a copy of the Court's Local Rules. Please be advised that these *rules are available at the institution* where you are presently incarcerated. However, if you would like to purchase your own copy of the Local Rules, please send a check or money order in the amount of **$2.00** made payable to the **Clerk, U.S. District Court**.

   Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. *A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future*, please be aware of this fee requirement.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,
                              /s/
/rbe                          PETER T. DALLEO
                              CLERK

cc: The Honorable Gregory M. Sleet, CA 04-1328 GMS