In The United States District Court
For the District of Delaware

James Hall,
    Plaintiff

v.

David Holman Et. Al.,

    Defendants,

Case No. 04-1328-GMS

Request for production of Documents.

FILED
NOV 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff's First Request for production of Documents

Pursuant to F.R.C.P. 26 and 34 plaintiff request that the Defendants produce the following documents. Please produce the Documents to Plaintiff. The plaintiff request Defendant produce documents Listed Herein within (30) day's, either by providing plaintiff with copies or by making them Available to the plaintiff with and for inspection and copying. At Delaware Correctional Center 1181 Paddock Rd Smyrna 19977. (D.C.C.) Del.

Motion for production of Documents 1.

1. All documents that mention, contain, construe, or refer to policies on staff supervision of inmates with threatened bodily harm at the Delaware Correctional Center.

2. All documents that contain, mention, construe, or refer to policies on responses to potential threats on inmate health or safety that are dire or obvious at the Delaware Correctional Center.

3. All Documents that contain, mention, construe, or refer to to policies on responses to serious medical need that are dire, or obvious at the Delaware Correctional Center.

4. All documents that evidence, mention, or refer to the serious medical need of plaintiff James Hall on 1-22-04 including but not limited to medical records, incident reports, statements and other investigative material and documents relating to subsequent staff discipline if any.

5. Any and all policies directives or instructions to staff governing threats of bodily harm and sick-call procedures in general, and segregation population.

6. Any and all documents and reports concerning a disturbance in MHU 23 B-tier on 6-6-04 including but not limited to, disciplinary charges, statement of witnesses, incident reports, findings and conclusion of disciplinary hearing - etc.

action for violation of decree 2

7. The complete contents of Plaintiffs Delaware Correctional Center file including but not limited to disciplinary reports, incident reports, evaluations, criminal justice information and medical and mental health records

8. All incident reports that evidence, mention, or refer to incidents of Assault Inmate-Inmate at the Delaware Correctional Center that have occurred from 1-20-03

9. All documents written or created since 1-20-04 that contain mention, construe, or refer to any inspection, inquiry, or complaint about inadequate staffing or supervision of (MHU 23.) Maximum Housing Unit Building #23, Inadequate medical or substandard medical treatment and serious medical needs at the Delaware Correctional Center whether formal or informal, official or unofficial, including Inmate, Staff, Civilian Grievances, Complaints and Appeals and including responses to such documents prepared by Delaware Correctional Center Staff or other Agents.

10. A listing of any and all past litigation that resulted in any consent decree and or favorable outcome of inmate plaintiffs whether published or not published which involve the condition of confinement, medical grievances or medical treatment issues and failure to protect.

11. Any and all policies, directives or instructions to staff governing inmate grievances and the institution duty regarding same

12. The complete contents of Anthony Coffield Delaware Correctional Center file including but not limited to Disciplinary reports, incident reports, Evaluation criminal justice information and mental health records

Plaintiff, James Hall, does hereby swear and certify under penalty of perjury that the instant Request for discovery is lawful, not improperly motivated and not unreasonably burdensome or expensive.

Plaintiff seeks pleading leniency under FRAZIER v. South eastern Penn. TK Ato., 785 F.2d 65 n.3 (3rd cir. 1986). And Haines v. Kerner, 404 U.S. 519 (1972) As a pro se incarcerated litigant and friend of the court

_____
James Hall, pro se 167551
1181 Paddock Rd. Smyrna DE
19977

This 26 day of October
Date

Motion for Production of Discovery



I/M Sames-Abel 20.8
SBI# 167581  UNIT W-L-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk U.S.D.C.
844 N. King Street Locked
Box 18  Wilmington De
                    19801-
                    3570