In the United States District Court
for the District of Delaware

James Hall,
    Plaintiff

v.

David Holman, Lawrence McGuigan,
Clyde A. Sagers,
    Defendant

C.A. No. 04-1328-GMS

FILED
NOV 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Affidavit of James Hall

Come now the plaintiff James Hall and states under penalty of perjury that the statements and facts made herein are true and correct to the best of Affiant's knowledge.

A.2   The Discovery Sought is Relevant to the Claims and Defenses in the case.

Rule 26, Fed.R.Civ.P., permits Discovery of matters "Relevant to the Subject matter involved in the pending Action... It is not grounds for objection that the information sought will be inadmissible at the trial if the information sought appears reasonably calculated to lead to the discovery of admissible evidence." In the discovery stage, Relevance is construed "broadly to encompass any matter that bears on, or that reasonably could lead to other matter that could bear on, any issue that is or may be in the case" Oppenheimer Fund, Inc. v. Sanders, 437 U.S. 340, 351, 98 S.Ct. 2380 (1978) (Footnotes omitted); Accord, Weiss v. Amoco Oil Co., 142 F.R.D. 311, 315 (S.D. Iowa 1992) Discovery Request Should be Allowed "unless it is clear that the information sought can have no possible bearing upon the Subject matter of the action." Co. Chemise Lacoste v. Alligator Co. Inc., 60 F.R.D. 164, 171 (D.Del. 1973). See Nash v. Thalke, 743 F.Supp. 130 (E.D. Wis. 1990) (The plaintiff was entitled to an officer's urine test Results, since the officers Sobriety during the incident was in issue in the case

1   Each item Sought by the plaintiff is Relevant to the claims and ~~defences~~ in the case.

A. Documents Relevant to past mistreatment of inmate by Defendant David Holman, Lawrence McGuigan, Clyde n. Stogers

Item 9, 10, 11, of the plaintiff's Request Any and all Grievances Seeks complaints or other Documents Recieved by the Defendants or their Agents at Delaware correctional center concerning mistreatment of inmates and any memorandums, investigative files, or other documents created in Response to such documents, Since 1-20-04

Plaintiff, James Hall, does hereby swear and certify under penalty of perjury that the instant Affidavit in support of plaintiff's objection to Defendant's opposition to plaintiff Discovery Request.

Plaintiff seeks pleading leniency under Frazier v. Southeastern Penns. Trans. Auth., 785 F.2d 65 n.3 (3d cir. 1986), and Haines v. Kerner, 404 U.S. 519 (1972) as a pro se incarcerated litigant and friend of the court

_____
James Hall
1181 Paddock Rd Smyrna
Delaware, 19977

November 10, 05
_____
Date



I/M James-Bell, P.o.S
SBI# 167581 UNIT W-L-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk U.S.D.C.
844 N. King Street Lockbox
Box 18   Wilmington DE
19801-
3570