IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1328-GMS |
| | ) | |
| DAVID HOLMAN, Deputy Warden | ) | |
| LAWRENCE McGUIGAN, and | ) | |
| CLYDE SAGERS | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS MOTION TO DISMISS/SUMMARY JUDGMENT PURSUANT TO RULE 12(b)(6) OF THE<br>FEDERAL RULES OF CIVIL PROCEDURE**

COME NOW, the Defendants, David Holman, Lawrence McGuigan and Clyde Sagers by and through undersigned counsel, and hereby respectfully request that this Honorable Court enter an Order, pursuant to Rules 12(b)(1), 12 (b)(6) and 56(c) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against the Defendants.  In support of their motion to dismiss/summary judgment, the Defendants have filed simultaneously herewith a memorandum of points and authorities demonstrating the requested relief.

WHEREFORE, the Defendants respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's claims with prejudice.

          STATE OF DELAWARE
          DEPARTMENT OF JUSTICE

          /s/ Lisa Barchi
          Lisa Barchi  #3927
          Deputy Attorney General
          820 N.  French Street, 6th floor
          Wilmington, DE 19801
          (302) 577-8400
          lisa.barch@state.de.us

Date: December 8, 2005          Attorney for State Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JAMES HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1328-GMS |
| | ) | |
| DAVID HOLMAN, Deputy Warden | ) | |
| LAWRENCE McGUIGAN, and | ) | |
| CLYDE SAGERS | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

AND NOW, this _____ day of _____, 200___, the Motion to Dismiss filed by Defendants David Holman, Lawrence McGuigan and Clyde Sagers in the above-captioned matter having been duly considered, and any opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and that judgment is hereby entered in favor of the movant and against the Plaintiff.

 

_____
The Honorable Gregory M. Sleet, Judge
United States District Court

## CERTIFICATE OF SERVICE

      I hereby certify that on December 8, 2005, I electronically filed *Motion to Dismiss* with the Clerk of Court using CM/ECF. I hereby certify that on December 8 2005, I have mailed by United States Postal Service, the document to the following non-registered participant:

James Hall
SBI # 167581
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

 

/s/ Lisa Barchi
Lisa Barchi  # 3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
lisa.barchi@state.de.us