

## Mid-Delaware Imaging

Delaware Correctional Center-MH-21
1181 Paddock Road
Smyrna, DE 19977

**NAME:** JAMES HALL          **DOB:** 8/8/70          **DOS:** 2/18/04

**DATE SUBMITTED:** 2/23/04                            **SBI#** 167581

**CLINICAL INFORMATION:** INJURY.

**RT. HAND:**

There is a healing non-displaced but angulated fracture of the distal shaft of the right 5th metacarpal. Angulation is directed posteriorly. Callus is noted about the fracture site. No additional fractures are demonstrated.

**IMPRESSION:** Healing angulated fracture of the distal aspect of the right 5th metacarpal.

SE/par                                               Steve Ebner, M.D.

710 South Queen Street
Dover, Delaware 19904
302-734-9888

# CONSULTATION

| Last Name | First Name | Middle Name | Room No. | Hosp. No. |
|---|---|---|---|---|
| Hall | James | | | 167581 |

| From: Attending Physician | To: Consulting Physician | Date |
|---|---|---|
| Alie | Dr Dushuttle | 3/2/04 |

Note Findings and Recommend Treatment: **Fracture of 5th Metacarpal**

X-ray – fx (R) 5th metacarpal, 80% healed
"Boxer's Fracture"

⊖ instability of fx          full ROM
minimal tenderness
Will have a perm bump

Should have been casted, too late now!
only option is to leave alone vs re-breaking the
finger & pinning
    I do not recommend surgery, unless becomes
a problem in the future. The surgery would be the
same now or later at this point.
    Recommend re-checking in 6 wks.

Dr. Brown
3/5/04.

Date of Consultation: 3-2-04     Dr. [signature]
                                  Signature of Consultant

Form 263  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.

CONSULTATION