

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE SECURITY SUPERINTENDENT**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6663

## MEMORANDUM

TO:     I/M James Hall  #00167581

FROM:   Major David K. Holman

DATE:   March 9, 2004

RE:     Letter


My office is in receipt of your letter dated February 27, 2004. Your letter has been forwarded to Deputy Warden Lawrence McGuigan for his review.

DKH/cb

xc:    Deputy Warden McGuigan
       file