# DENTAL INMATE REGISTRATION AND HISTORY CARD

|  | NO | YES |
|---|---|---|
| 1. Have you ever had severe bleeding or other complication following extraction of teeth? | ✓ |  |
| 2. Has a physician ever said you had heart trouble? | ✓ |  |
| 3. Are you allergic or sensitive to any drugs or penicillin? | ✓ |  |
| 4. Have you ever had high or low blood pressure? | ✓ |  |
| 5. Have you ever had fainting spells? | ✓ |  |
| 6. Have you ever had diabetes or sugar in your urine? | ✓ |  |
| 7. Have you ever had rheumatic fever? | ✓ |  |
| 8. Have you ever had "Yellow Jaundice" or Hepatitis? | ✓ |  |
| 9. Have you been under care of a physician recently? | ✓ |  |
| 10. Do you take any medicine daily? | ✓ |  |
| 11. Do your gums bleed when you brush your teeth? |  | ✓ |
| 12. Do you have Tuberculosis (T.B.)? | ✓ |  |
| Have you ever had Tuberculosis (T.B.)? | ✓ |  |
| 13. Are you HIV or AIDS positive? | ✓ |  |
| 14. Are you a member of a high risk group: |  |  |
|   (A) Present or past user of I.V. drugs | ✓ |  |
|   (B) Hemophiliac | ✓ |  |
|   (C) Recieved Blood Transfusions | ✓ |  |

Name: Hall, James  
MDOC NO. ____  
UNIT NO. ____  
DENTAL CLASSIFICATION ____  
DOB 8-8-10  
AGE 55  
RACE W  
SEX M

[Tooth chart — UPPER teeth 1-16, LOWER teeth 17-32; teeth 1, 8, 9, 16, 19, 31 marked with X; teeth 3, 14, 15, 30 filled]

RIGHT _____ LINGUAL _____ LEFT

| DATE MO. | DAY | YR. |  | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 8 | 3 | 04 | SCRN | LDV= 10 OCS All teeth +2° mobility |
| 8 | 3 | 03 |  | X-ray reveal extensive advanced periodontal disease, ≈ 50-60% bone loss |
| 9 | 14 | 05 |  | (SC) Pt presents c̄ advanced gum disease. Pt doesn't want to lose teeth yet. Scheduled for ext. #18 and told him I could try to clean them to see if he can maintain them for a few more years. N/C N.V. ext #18  U.N.V cav.  K. Kionke |
| 9 | 19 | 05 |  | Med Hx reviewed. 3 carp. 2% lidocaine c̄ 1-100,000 epi |

7702 Rev 04/04



10/16/2002  14:20   30242977                    GANDER HILL DOC                    PAGE 02/04

**FIRST CORRECTIONAL MEDICAL**

## DENTAL CLINIC EXAM FORM/TREATMENT PLAN

| Patient Name (Last, First, MI): | Inmate # | Race: | Sex: | Birth Date: |
|---|---|---|---|---|
| Hall, James | 167581 | Afro-Am | M | 8-8-70 |

Comments and Observations:

Panograph:

( ) F/   ( ) /F
( ) P/   ( ) /P

Dentist: Alfred Brown
Date: 8-29-03  JOE

**Remarks:** Heavy Stains on all teeth

| Date | Tooth | Service | Dentist | Date | Tooth | Service | Dentist |
|---|---|---|---|---|---|---|---|
| 8/28/03 | SC | CC # 30, 1 Xray | CPT 29-30 | | | AB | |

6/12/04

(MH23)

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL (DENTAL) MENTAL HEALTH

Name (Print): James Hall
Housing Location: MHU 23 B-L-10
Date of Birth: 08-08-1920
SBI Number: 167581
Date Submitted: 4-31-04

Complaint (What type of problem are you having)? Previously I've submitted a sickcall requesting extraction of the tooth bottom right that I payed for but was bailed on before the procedure was completed. Payed for on 9/4/03 The tooth need to be Removed A.S.A.P

Inmate Signature: James Hall
Date: 4-31-04

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

seen
5/28/04

E:

RECEIVED MAY 0 7 2004

Provider Signature & Title

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL **(DENTAL)** MENTAL HEALTH

4/30/04

Name (Print): James Hall
Housing Location: Bldg 23 MHU
Date of Birth: 08-08-1970
SBI Number: 00167581
Date Submitted: 3-25-04

Complaint (What type of problem are you having)? This is in Regards To my Extraction B) Right From The Transation on 9-4-03 I was billed For a X-Ray And an Extraction I was bailed out And didn't Recive The Extraction That I previously Paid For And Same tooth Remains I wish it to be Removed

Inmate Signature: James Hall
Date: 3-25-04

The below area is for medical use only. Please do not write any further.

S: 5/28/04: Pt. needs ext. Put on list.  Kionke
(No chart today)

O: Temp:___  Pulse:___  Resp:___  B/P:___  WT:___

A: 6/4/04:

P:

E:

Seen in dental 5/28/04

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

No chart

## INTERDISCIPLINARY PROGRESS NOTES

NOTES SHOULD BE SIGNED WITH NAME AND TITLE

| DATE | TIME | DISCIPLINE | |
|---|---|---|---|
| 6/7/04 | | | Dental (DCC): Pt. presented as emerg. add-on. Pt. hit in mouth yesterday, knocked out #7, loosened #9. 2 PAs taken. Both teeth have advanced bone loss from perio. Explained to pt. that he will lose them. Offered to ext. today, but pt. only wanted #29, 30 done. 1 more PA taken. Med. Hx. reviewed #29, 30 : unrestorable. 3 carp 2% lidocaine c̄ 1:100,000 e Forceps ext #29, 30 No complic. Hem. controlled. Post op instructions given.    Kionke |
| 10/11/04 | | | Pt. presented for ext. #9. Med. Hx. reviewed. 1 carp. 2% lidocaine c̄ 1:100,000 epi. Forceps ext. #9. No complic. Hem. controlled. Post-op instructions given. Pt. complete.    Kionke |

NAME—Last: Hall   First: James   Record No.: 16758!

FCM-002                        INTERDISCIPLINARY PROGRESS NOTES
                                        ☐ Continued on Reverse

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 5/28/04 | 1230 | Nsg | S - My tooth hurts. D - lower right tooth c̄ cavity noted. A - alt in comfort. P - Dr. Kronke notified & orders rec'd. — S. Howard |

NAME - Last: Hall, First: James   Attending Physician: Kronke   Record No. 16758

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
☐ Continued on Reverse

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|------------|---------------------------------------------|
| 4/29/04 | | | DCC The Wrong I/m Hall came up to dental appointment, James Hall SBI# 167581 never came up to dental. I/m James Hall will be resch. for I/O & sickcall. — [signature] |

NAME-Last          First          Middle          Attending Physician          Record No.          Room/Bed

FCM-002                                                              INTERDISCIPLINARY PROGRESS NOTES
                                                                     ❏ Continued on Reverse

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 3-25-04 | | | No show for IOE |
| 4/18/05 | | (DC) | Triage 9PM telm. NV. Ext ac consult Dentures - [signature] |

NAME-Last: Hall, First: James
Record No.: 167581

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
☐ Continued on Reverse

# PHYSICIAN'S ORDER SHEET

**START** 6/7/04

Ibuprofen 200mg × 8 tabs
(3-4 tabs po q6h prn pain)  → given
                              CK
                              6/7/04

PROVIDER'S SIGNATURE: Kionke    DATE/TIME:

**START NEW ORDERS BELOW**

**START** 10/11/04

Ibuprofen 200mg × 8 tabs
(2-3 tabs po q4-6h prn pain)  → given
                               CK
                               10/11/04

PROVIDER'S SIGNATURE:    DATE/TIME:

**START NEW ORDERS BELOW**

**START**

PROVIDER'S SIGNATURE:    DATE/TIME:

NAME: Hall, James
ALLERGIES:
ID: 167581
DOB:

**PHYSICIAN'S ORDERS**