To: Deputy/Warden: McGuigan

**RECEIVED**
APR 0 2 2004
DCC DEPUTY WARDEN 1

Exhibit B

James Hall, 00167585
Bldg 23 MHU B-L-10

Dear Sir previously I've submitted a letter To Maj. Holman stating I'm having problems and confrontation from my cellmate Anthony Coffield who is a problem inmate on 2-18-04 it was confirmed That I have a Fracture of 5th metacarpal That Required consultation from an outside Doctor As of since 1-22 I've been back here dealing with This handy cap witch Limits The ability for me To protect myself from Attack I've made it clear To maj. Holman his investigation To my Allegations should prove To be True on Feb 27.04 An prompt Acknowledgment of This Letter in Regard To your Review on This matter Dated March 9. 2004

Date 3-30-04

Respectfully Requesting
Consultation

James Hall 00167585
Bldg 23 B-L-10