

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE SECURITY SUPERINTENDENT**
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6663

## MEMORANDUM

TO:     I/M James Hall #00167581

FROM:   Major David K. Holman  *DKH*

DATE:   4/13/04

RE:     Letter

As a matter of policy, requests for reassignments to a specific cell, tier, building or with a specific cellmate are disapproved.

DKH/cb

xc:   file

*Exhibit A*