| Incident# | DCC Delaware Correctional Center | Date: 11/08/2005 |
|---|---|---|
| 1012586 | Smyrna Landing Road | |
| | SMYRNA DE, 19977 | |
| | Phone#: 302-653-9261 | |

# INCIDENT REPORT

| Group#: 937 | Type: Inmate Involved | Incident Date: 06/06/2004 | Time: 10:57 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC Delaware Correctional Center     **Followup Required:** No

**Associated Disciplinary Report #(s):** 1010217

**Incident Location:** Bldg.23 B Tier

**Location Description:** MHU 23 B tier floor

**Violated Conditions:** 1.02/200.201 Assault
2.06/200.108 Failing to Obey an Order

**Description of Incident:**
On June 6, 2004 at approximately 1057 while B tier was out awaiting to go to chow I, C/O Stephen McClain saw inmate James Hall SBI 167581 being assaulted by I/M Keith Hurst SBI 469640, I/M Anthony Coffield SBI 190392, and I/M Melvin Morton SBI 244362. I, C/O McClain, started to call SGT Paul Abernathy but SGT Abernathy was already asking to be let on B tier. The moment B tier doors started to open, I, C/O McClain, saw the assaulting inmates run back to their cells. C/O Robert O'Neal called for backup from MHU 24 per SGT Abernathy orders. I, C/O McClain identified the involved inmates to SGT Abernathy. LT Stephen Boone, SGT Paul Abernathy, C/O Marvin Phillips, C/O David Wells, C/O John Pusey, and C/O Joseph Smith went onto B tier and secured the involved inmates. Inmates escorted to building 24.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| James, Hall E | No | Busted Lip |

**Evidence Type:** N/A     **Date Collected:** N/A
**Discovered By:** N/A     **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** Handcuffs

**Immediate Action Taken:**
Backup called. Tier secured. Inmates involved secured. Reports submitted.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Stephen, Mcclain | N/A | Correctional Officer |
| Staff | Stephen, Boone W | N/A | Staff Lt./Lt |
| Staff | Paul, Abernathy J | N/A | Correctional Officer |
| Staff | Marvin, Phillips | N/A | Correctional Officer |
| Staff | David, Wells | N/A | Correctional Officer |
| Staff | John, Pusey E Jr | N/A | Correctional Officer |
| Staff | Joseph, Smith E III | N/A | Correctional Officer |
| Inmate | James, Hall E J | 00167581 | N/A |
| Inmate | Keith, Hurst D | 00469640 | N/A |
| Inmate | Anthony, Coffield X | 00190392 | N/A |
| Inmate | Melvin, Marton | 00244362 | N/A |

**Reporting Officer:** Mcclain, Stephen (Correctional Officer)     **Entered By:** Mcclain, Stephen (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved   **Date:** 06/06/2004   **Approved by:** Mccreanor, Michael (Shift Commander - Large Inst.)

**Comments:** I/M Hall examined by Nurse Perkins and returned to MHU 23 "B" Tier.
Inmates Colefield, Hurst, and Marton moved to SHU 18 Upper "C" Tier.

| Incident# | |
|---|---|
| 1012589 | |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

Date: 11/08/2005

# INCIDENT REPORT

Group#: 937    Type: Inmate Involved    Incident Date: 06/06/2004    Time: 11:00    Confidential: No

Facility: DCC Delaware Correctional Center    Followup Required: No
Associated Disciplinary Report #(s): 1010219
Associated Disciplinary Report #(s): 1010220
Incident Location: Bldg.23 B Tier
Location Description:
Violated Conditions: 1.02/200.201 Assault
2.06/200.108 Failing to Obey an Order

**Description of Incident:**
On June 6,2004 Back up was called to MHU 23 Bravo tier for an inmate fight. I Lt. Steven Boone responded to MHU 23 B-tier with C/O John Pusey and C/O Joeseph Smith and was informed that a group of Muslim inmates had punched and kicked inmate James Hall #00167970 in his face and head. C/O Stephen McClain informed me that he witnessed Inmate Keith Hurst #00469640 assault inmate Hall. I then informed staff to secure inmate Hurst in Handcuffs and take him to MHU 24 and place him in a classroom. Upon interviewing inmate Hall Inmate Anthony Coffield #00190382 and Inmate Melvin Marton #244362 were identified by inmate Hall to have been involved in the assault. Both inmate were secured in handcuffs and escorted to MHU 24 and placed in seperate classrooms awaiting to be assessed by Nurse David Perkins. All inmates were assessed by Nurse Perkins including the victim. Inmate Coffield, Inmate Marton and Inmate Hurst were moved to SHU 18 C pending the outcome of this investigation. No further incidents.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: N/A    Date Collected: N/A
Discovered By: N/A    Secured By: N/A

Type of Force Used: [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [X] OTHER  [ ] CAPSTUN  [ ] NONE
Restraints Used: handcuffs.

**Immediate Action Taken:**
Inmate Coffield, Inmate Marton and Inmate Hurst were moved to the SHU

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Stephen, Boone W | N/A | Staff Lt./Lt |
| Staff | Joseph, Smith E III | N/A | Correctional Officer |
| Staff | John, Pusey E Jr | N/A | Correctional Officer |
| Staff | Stephen, Mcclain | N/A | Correctional Officer |
| Inmate | James, Hall E J | 00167581 | N/A |
| Inmate | Anthony, Coffield X | 00190392 | N/A |
| Inmate | Melvin, Marton | 00244362 | N/A |
| Inmate | Keith, Hurst D | 00469640 | N/A |

Reporting Officer: Boone, Stephen W (Staff Lt./Lt)    Entered By: Boone, Stephen W (Staff Lt./Lt)

### Approval Information

[X] Approved  [ ] Disapproved    Date: 06/06/2004    Approved by: Mccreanor, Michael (Shift Commander - Large Inst.)
Comments: N/A