| DR# |
|---|
| 1010219 |

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 06/30/2004

## DISCIPLINARY HEARING DECISION

Inmate: Coffield, Anthony X

Institution: DCC Delaware Correctional Center

**Inmate Present:** Yes    **Reason(If No):** N/A

**Violation:** 1.02/200.201 Assault, 2.06/200.108 Failing to Obey an Order

**Inmate PLEA: Not Guilty**

**Inmate Statement:** I didnt assault anyone. I got hit with rock and sock in ear. I was there.

**Decision : Not Guilty**

**Rational :** No officers witnessed inmate Coffield assault inmate Hall. Officer witnessed another inmate assault inmate had in report. Inmate found not guilty

**Sanctions:** N/A

**HEARING OFFICER'S SIGNATURE**
Savage, Larry

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ] DO    [X] DO NOT INTEND TO APPEAL

**INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

[X] Inmate does not wish to appeal          [ ] Appeal has been denied by Commissioner or Designate

[ ] Sanctions have been modified            [ ] Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| | | | |

DR # 1010219

Date: 6/29/04

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☑ Class I (Major)   ☐ Class II (Minor)   ☐ Summary (24 Hour LOAP)

Inmate: Coffield, Anthony     SBI#: 00 190392
Institution: Delaware Correctional Center    Hearing Date: 6/29/04    Time: 1035

Inmate Present: ☑ Yes   ☐ No

Reason (If No): _____

Violation: 200.201 Assault  200.105 FTO
Inmate Plea: not guilty
Inmate Statement: I didn't assault anyone. I got hit with rock and sick in ear. I was there

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Decision:  ☐ Guilty   ☑ Not Guilty   ☐ Further Investigation
Rational: No officers witnessed inmate Coffield assault inmate Hall. Officer witnessed another inmate assault inmate Hall in report. Inmate found not guilty.

Sanctions: _____

Hearing Officer's Signature: _____

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☐ I do intend to appeal.
☑ I do not intend to appeal.

Inmate's Signature: inmate unable to sign coffield in rear.

## ORDER TO IMPLEMENT SANCTIONS

☐ Inmate does not wish to appeal    ☐ Appeal has been denied by Commissioner or Designee
☐ Sanctions have been modified       ☐ Time Limit (72 hours since hearing) for appeal has expired

Modifications: _____
It is hereby ordered to implement the sanctions or modified sanctions on Date: _____ Time: _____
Form 121 – May 30, 2003 – 2 pt. NCR  DACS

| Disciplinary# | DCC Delaware Correctional Center | Date: 06/06/2004 |
|---|---|---|
| 1010219 | Smyrna Landing Road SMYRNA,DE, 19977 Phone No. 302-653-9261 | 17 DLS 18CC |

# DISCIPLINARY REPORT

Disciplinary Type: Class 1    Housing Unit: Bldg 18    IR#: 1012589

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00190392 | Coffield, Anthony X | DCC | Bldg.23 B Tier | 06/06/2004 | 11:00 |

Violations: 1.02/200.201 Assault, 2.06/200.108 Failing to Obey an Order

Witnesses: 1. N/A    2. N/A    3. N/A

### Description of Alleged Violation(s)

On June 6,2004 Back Up Was Called To Mhu 23 Bravo Tier For An Inmate Fight. I Lt. Steven Boone Responded To Mhu 23 B-Tier With C/O John Pusey And C/O Joeseph Smith And Was Informed That A Group Of Muslim Inmates Had Punched And Kicked Inmate James Hall #00167970 In His Face And Head. C/O Stephen Mcclain Informed Me That He Witnessed Inmate Keith Hurst #0046964 Assault Inmate Hall. I Then Informed Staff To Secure Inmate Hurst In Handcuffs And Take Him To Mhu 24 And Place Him In Classroom. Upon Interviewing Inmate Hall Inmate Anthony Coffield #00190382 And Inmate Melvin Marton #244362 Were Identified B Inmate Hall To Have Been Involved In The Assault. Both Inmate Were Secured In Handcuffs And Escorted To Mhu 24 And Placed I Seperate Classrooms Awaiting To Be Assessed By Nurse David Perkins. All Inmates Were Assessed By Nurse Perkins Includin The Victim. Inmate Coffield, Inmate Marton And Inmate Hurst Were Moved To Shu 18 C Pending The Outcome Of This Investigation No Further Incidents.

Reporting Officer: Boone, Stephen W (Staff Lt./Lt)

### Immediate Action Taken

Immediate action taken by: Boone, Stephen W -Staff Lt./Lt

All Inmate Seen By Medical And All Assailants Moved To Shu 18 C.

### Offender Disposition Details

Disposition: N/A    Date: N/A    Time: N/A    Cell secured? No
Reason: N/A

Disposition Of Evidence: N/A

### Approval Information

Approved: ☑    Disapproved: ☐    Approved By: Mccreanor, Michael (Shift Commander - Large Inst.)
Comments: N/A

### Shift Supervisor Details

Date Received:    Time:    Received From: ___

Shift Supervisor Determination:

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

Mccreanor, Michael (Shift Commander - Large Inst.)

I have received a copy of this notice on DATE: _____ TIME: _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer: _____    Offender: _____
                                                                    Coffield, Anthony X

Page 1 of 1

DR # 1010219

Date: 6/6/04

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## NOTICE OF DISCIPLINARY HEARING – FOR MINOR/MAJOR OFFENSE

To: Inmate: **Coffield, Anthony**   SBI#: 00 **190390**   Housing Unit: **23**

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122).

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.

   How do you plead?   ☐ Guilty   ☑ Not Guilty

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand.
   b. Loss of one or more privileges for a period of time **of more than 24 hours but less than 15 days.**

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period **of more than 15 days but less than 60 days.**
   b. Confinement to assigned quarters for a period of time not to exceed 30 days.
   c. Isolation confinement for a period of time not to exceed 15 days.
   d. Loss of good time for a period of time not to exceed 30 days. (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the rights in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested?   ☐ Yes   ☑ No   Name of Counsel: _____

7. Confront accuser?   ☑ Yes   ☐ No

8. Witness requested?   ☑ Yes   ☐ No   Name of Witness: Ym Thomas White
   Ym Morton Melvin
   Ym Coffield Anthony

I certify that on **6/6/04** at **1250**,
   (Date)          (Time)

I served upon the above inmate this notice of Disciplinary Hearing for Minor/Major Offense and the Disciplinary Report is attached hereto.

Sgt. Lachelle Moor
(Employee's Signature & Title)

I have received copies of 122 & 127 and understand my rights as Form #127 has been read to me.

X Anthony X Coffield
(Inmate's Signature)

Page 1

Form 127: May 30, 2003   DACS

**DELAWARE CORRECTIONAL CENTER**

TO: Inmate __Coffield, Anthony__, SBI# __00190392__

FROM: Shift Commander __CAPT. M. McCREANOR__

DATE: __6/6/04__

SUBJECT: Administrative Transfer

The undersigned believes that you warrant confinement to a more restrictive setting based upon information presented. Consequently, pending review, you are hereby temporarily, administratively transferred to:

☐ Protective Custody

☒ Pre-Hearing Detention __201 / 108__  __Assault / PTO__
                                  Offense No.              Offense Title

☒ Higher Security

_____
Signature of Shift Commander

Attach Supporting Documents/Forms ie: 404, 537, I/M statement, etc.

Copy to:  Security Superintendent (Original)
Institutional Investigator
Classification
MDT Chairperson
Transfer Office
Temporary Housing Counselor
Classified Housing Counselor
File

Form #: 228-B (Rev 11/97)