No Chart

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|------------|---------------------------------------------|
| 6/7/04 | | | Dental (DCC): Pt. presented as emerg. add-on. Pt. hit in mouth yesterday, knocked out #7, loosened #9. 2 PAs taken. Both teeth have advanced bone loss from perio. Explained to pt. that he will lose them. Offered to ext. today, but pt. only wanted #29, 30. done. 1 more PA taken. Med. Hx. reviewed. #29, 30: unrestorable. 3 carp 2% lidocaine c̄ 1:100,000 e Forceps ext #29, 30 No complic. Hem. controlled. Post-op instructions given.   K. Kionke |
| 10/11/04 | | | Pt. presented for ext. #9. Med. Hx. reviewed. 1 carp. 2% lidocaine c̄ 1:100,000 ep). Forceps ext. #9. No complic. Hem. controlled. Post-op instructions given. Pt. complete.   K. Kionke |

NAME—Last: Hall   First: James   Middle:    Attending Physician:    Record No.: 167581   Room/Bed:

FCM-002

**INTERDISCIPLINARY PROGRESS NOTES**
☐ Continued on Reverse