ADMINISTRATIVE TRANSFER

INMATE STATEMENT

On June 5, which was Saturday, around 1:00 PM recreation time. As soon as the officer open the tier doors (cell). Puno (Georgy Summers) [B- Lower levels only] went to the upper Level [B-L-12] Cell (2) and either Robbed or tryed to Robb Victor Smith (Qazeem) Puno (Georgy Summers) [B-L-12] Punched Victor Smith by physically assulting him on the left side of his face with what ever he hit him with. The climate on the tier became negative because Georgy Summers [B-L-12] attacked a Muslim. So all the Muslims felt Georgy Summers shouldn't had done that. I personally didn't understand what had happen until I was informed. The next day the climate was still there Georgy Summers tryed to attack another Muslim with a "lock-n-sock" or "a lock on a shoe string." Anybody who was muslim was his target because he felt as if he was about to get jumped on because of what he did to Victor Smith. Victor Smith is innocent to this, the same I and any other muslim that is suspect. Georgy Summers tryed to get James Hall and the guy (light skin) to jump on a 190392 muslim BL-10 so we all tryed to stop him from swinging the lock he had, I got hit by being in the way.

ATTEST

Inmate Signature: Aathony Xavier Coffield

Date: 6/6/04

Staff Signature: [signature] Boone 6/6/04

Inmate refused to make a statement ☐

DO NOT DUPLICATE. FORWARD ORIGINAL TO SECURITY SUPERINTENDENT'S OFFICE ONLY.

The officers that worked 6/5/04 felt something was wrong but didn't know. Of the incident Georgy Summer Puno BL-12 was involved in And nobody would step up and tell them. My roommate James Hall was fighting somebody on the tier, trying to help Puno (Georgy Summers) out because that's his boy, I guess. I told me not to go to sleep tonight as if I had something to do with their problems, because it was a muslim situation.

Form# 228-B (REV 11/97)