Delaware Department of Correction - Disciplinary Query Report Created on Friday December 2, 2005 13:37

| Disciplinary # | SBI# | Date | Last Name | First Name | MI | Suffix | Count |
|---|---|---|---|---|---|---|---|
| Disciplinary Type | Result | | | | | | |
| 1002823 | 00190392 | 07/21/2003 | COFFIELD | ANTHONY | X | | 7 |
| Summary | NG | | | | | | |
| 1003196 | 00190392 | 08/06/2003 | COFFIELD | ANTHONY | X | | 7 |
| Class2 | G | | | | | | |
| 1003219 | 00190392 | 08/08/2003 | COFFIELD | ANTHONY | X | | 7 |
| Class2 | G | | | | | | |
| 1005299 | 00190392 | 11/13/2003 | COFFIELD | ANTHONY | X | | 7 |
| Class2 | G | | | | | | |
| 1006677 | 00190392 | 01/20/2004 | COFFIELD | ANTHONY | X | | 7 |
| Class1 | G | | | | | | |
| 1010219 | 00190392 | 06/06/2004 | COFFIELD | ANTHONY | X | | 7 |
| Class1 | NG | | | | | | |
| 1021875 | 00190392 | 11/23/2005 | COFFIELD | ANTHONY | X | | 7 |
| Class2 | G | | | | | | |

| Disciplinary# |
|---|
| 1010219 |

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 06/06/2004

17 DCS
+8CC+

# DISCIPLINARY REPORT

| Disciplinary Type: Class1 | Housing Unit: Bldg 18 | | IR#: 1012589 | |

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00190392 | Coffield, Anthony X | DCC | Bldg.23 B Tier | 06/06/2004 | 11:00 |

Violations: 1.02/200.201 Assault, 2.06/200.108 Failing to Obey an Order

Witnesses:1. N/A          2. N/A          3. N/A

### Description of Alleged Violation(s)

On June 6,2004 Back Up Was Called To Mhu 23 Bravo Tier For An Inmate Fight. I Lt. Steven Boone Responded To MHU 23 B-Tier With C/O John Pusey And C/O Joeseph Smith And Was Informed That A Group Of Muslim Inmates Had Punched And Kicked Inmate James Hall #00167970 In His Face And Head. C/O Stephen Mcclain Informed Me That He Witnessed Inmate Keith Hurst #0046964 Assault Inmate Hall. I Then Informed Staff To Secure Inmate Hurst In Handcuffs And Take Him To Mhu 24 And Place Him In Classroom.Upon Interviewing Inmate Hall Inmate Anthony Coffield #00190382 And Inmate Melvin Marton #244362 Were Identified By Inmate Hall To Have Been Involved In The Assault. Both Inmate Were Secured In Handcuffs And Escorted To Mhu 24 And Placed I Seperate Classrooms Awaiting To Be Assessed By Nurse David Perkins. All Inmates Were  Assessed By Nurse Perkins Includin The Victim. Inmate Coffield, Inmate Marton And Inmate Hurst Were Moved To Shu 18 C Pending The Outcome Of This Investigatior No Further Incidents.

Reporting Officer: Boone, Stephen W (Staff Lt./Lt)

### Immediate Action Taken

Immediate action taken by: Boone, Stephen W -Staff Lt./Lt

All Inmate Seen By Medical And All Assailants Moved To Shu 18 C.

### Offender Disposition Details

Disposition: N/A          Date: N/A     Time: N/A     Cell secured? No

Reason: N/A

Disposition Of Evidence: N/A

### Approval Information

Approved: ☑    Disapproved: ☐    Approved By: Mccreanor, Michael  (Shift Commander - Large Inst.)

Comments: N/A

### Shift Supervisor Details

Date Received:          Time:          Received From: __

Shift Supervisor Determination:

[ ]    Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]    Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearin

Mccreanor, Michael (Shift Commander - Large Inst.)

I have received a copy of this notice on DATE:_____ TIME: _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer: _____          Offender: _____

Coffield, Anthony X

Disciplinary# **1010219**

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: __12/05/2005__

# DISCIPLINARY REPORT

Disciplinary Type: <u>Class1</u>          Housing Unit: <u>Bldg 21</u>          IR#: <u>1012589</u>

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|------|-------------|------------|----------------------|------|------|
| 00190392 | Coffield, Anthony X | DCC | Bldg.23 B Tier | 06/06/2004 | 11:00 |

Violations: <u>1.02/200.201 Assault, 2.06/200.108 Failing to Obey an Order</u>

Witnesses: 1. <u>N/A</u>          2. <u>N/A</u>          3. <u>N/A</u>

## Description of Alleged Violation(s)

On June 6,2004 Back Up Was Called To Mhu 23 Bravo Tier For An Inmate Fight. I Lt. Steven Boone Responded To Mhu 23 B-Tie With C/O John Pusey And C/O Joeseph Smith And Was Informed That A Group Of Muslim Inmates Had Punched And Kicked Inmat James Hall #00167970 In His Face And Head. C/O Stephen Mcclain Informed Me That He Witnessed Inmate Keith Hurst #0046964 Assault Inmate Hall. I Then Informed Staff To Secure Inmate Hurst In Handcuffs And Take Him To Mhu 24 And Place Him In . Classroom. Upon Interviewing Inmate Hall Inmate Anthony Coffield #00190382 And Inmate Melvin Marton #244362 Were Identified E Inmate Hall To Have Been Involved In The Assault. Both Inmate Were Secured In Handcuffs And Escorted To Mhu 24 And Placed I Seperate Classrooms Awaiting To Be Assessed By Nurse David Perkins. All Inmates Were  Assessed By Nurse Perkins Includin The Victim. Inmate Coffield, Inmate Marton And Inmate Hurst Were Moved To Shu 18 C Pending The Outcome Of This Investigatior No Further Incidents.

Reporting Officer: <u>Boone, Stephen W (Staff Lt./Lt)</u>

## Immediate Action Taken

Immediate action taken by: <u>Boone, Stephen W -Staff Lt./Lt</u>

All Inmate Seen By Medical And All Assailants Moved To Shu 18 C.

## Offender Disposition Details

Disposition: N/A                    Date: N/A          Time: N/A          Cell secured? No

Reason: N/A

Disposition Of Evidence: N/A

## Approval Information

Approved: ☑    Disapproved: ☐    Approved By: <u>Mccreanor, Michael  (Shift Commander - Large Inst.)</u>

Comments: N/A

## Shift Supervisor Details

Date Received:                Time:          Received From: __

**Shift Supervisor Determination:**

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____
Mccreanor, Michael  (Shift Commander - Large Inst.)

I have received a copy of this notice on **DATE:** __ __ __ __   **TIME:** __ __ __  and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer: _____    Offender: _____
                                                        Coffield, Anthony X

| DR# | | Date: 06/30/2004 |
|---|---|---|
| 1010219 | | |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# DISCIPLINARY HEARING DECISION

| Inmate : Coffield, Anthony X | SBI#:00190392 | Type:Class 1 |
|---|---|---|
| Institution:DCC  Delaware Correctional Center | Hearing Date:06/29/2004 | Time:10:35 |

**Inmate Present:** Yes    **Reason(If No):** N/A

**Violation:** 1.02/200.201 Assault, 2.06/200.108 Failing to Obey an Order

**Inmate PLEA: Not Guilty**

**Inmate Statement:** I didnt assault anyone. I got hit with rock and sock in ear. I was there.

**Decision :Not Guilty**

**Rational :** No officers witnessed inmate Coffield assault Inmate Hall. Officer witnessed another inmate assault inmate had in report. Inmate found not guilty

**Sanctions:** N/A

**HEARING OFFICER'S SIGNATURE** _____

Savage, Larry

I understand that I may appeal the decision of a Class II Hearing  to the Class I Hearing  Officer.I may appeal the decision of a Class I Hearing  to the facility administrator.I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ]  **DO**    [X]   **DO NOT INTEND TO APPEAL**    _____
**INMATE's SIGNATURE**

## ORDER TO IMPLEMENT SANCTIONS

| [X] | Inmate does not wish to appeal | [ ] | Appeal has been denied by Commissioner or Designate |
|---|---|---|---|
| [ ] | Sanctions have been modified | [ ] | Time Limit(72 Hours since hearing) for appeal has expired |

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| | | | |

DR # 
**60219**

Date: 6/29/04

## DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☑ Class I (Major)    ☐ Class II (Minor)    ☐ Summary (24 Hour LOAP)

Inmate: **Coffield, Anthony**    SBI#: 00 **190 392**
Institution: Delaware Correctional Center    Hearing Date: **6/29/04**    Time: **1035**

Inmate Present: ☑ Yes    ☐ No

Reason (If No): _____

Violation: **200,201 Assault    200,108 FTO**
Inmate Plea: **not guilty**
Inmate Statement: **I didn't assault anyone. I got hit with rock and sock in ear. I was there**

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Decision: ☐ Guilty   ☑ Not Guilty   ☐ Further Investigation
Rational: **no officers witnessed inmate Coffield assault inmate Hall. Officer witnessed another inmate assault inmate Hall in report. Inmate found not guilty.**

Sanctions: _____

Hearing Officer's Signature **D. Larry N Savage**

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☐ I do intend to appeal.
☑ I do not intend to appeal.

**inmate unable to sign Coffield in rear.**
Inmate's Signature

## ORDER TO IMPLEMENT SANCTIONS

☐ Inmate does not wish to appeal
☐ Sanctions have been modified

☐ Appeal has been denied by Commissioner or Designee
☐ Time Limit (72 hours since hearing) for appeal has expired

Modifications: _____
It is hereby ordered to implement the sanctions or modified sanctions on Date: _____    Time: _____
Form 121 – May 30, 2003 – 2 pt. NCR  DACS

DR # 
**1010219**

Date: 6/6/04

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## NOTICE OF DISCIPLINARY HEARING – FOR MINOR/MAJOR OFFENSE

> To: Inmate: **Coffield, Anthony**   SBI#: 00 **190390**   Housing Unit: **23**

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122).

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.

   How do you plead?  ☐ **Guilty**   ☑ **Not Guilty**

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand.
   b. Loss of one or more privileges for a period of time **of more than 24 hours but less than 15 days.**

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period **of more than 15 days but less than 60 days.**
   b. Confinement to assigned quarters for a period of time not to exceed 30 days.
   c. Isolation confinement for a period of time not to exceed 15 days.
   d. Loss of good time for a period of time not to exceed 30 days. (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the rights in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested?  ☐ Yes   ☑ No   Name of Counsel: _____

7. Confront accuser?  ☑ Yes   ☐ No

8. Witness requested?  ☑ Yes   ☐ No   Name of Witness: **Ym Thomas White**
   **Ym Morton Melvin**
   **Ym Coffield Anthony**

I certify that on **6/6/04** at **1250**,
      (Date)         (Time)

I served upon the above inmate this notice of Disciplinary Hearing for Minor/Major Offense and the Disciplinary Report is attached hereto.

**Sgt. Lachell Green**
(Employee's Signature & Title)

I have received copies of 122 & 127 and understand my rights as Form #127 has been read to me.

X **Anthony X Coffield**
(Inmate's Signature)

Page 1

Form 127: May 30, 2003   DACS

## DELAWARE CORRECTIONAL CENTER

TO:          Inmate _Coffield, Anthony_ ,SBI# _00190392_

FROM:     Shift Commander _CAPT. M. McCreanor_

DATE:         _6/6/04_

SUBJECT:     Administrative Transfer

The undersigned believes that you warrant confinement to a more restrictive setting based upon information presented. Consequently, pending review, you are hereby temporarily, administratively transferred to:

☐   Protective Custody

☒   Pre-Hearing Detention        _201_
                                                _108_
                                        Offense No.

                                        _Assault_
                                        _FTO_
                                        Offense Title

☒   Higher Security

Signature of Shift Commander

Attach Supporting Documents/Forms ie: 404, 537, I/M statement, etc.

Copy to:     Security Superintendent (Original)
                Institutional Investigator
                Classification
                MDT Chairperson
                Transfer Office
                Temporary Housing Counselor
                Classified Housing Counselor
                File

Form #: 228-B (Rev 11/97)

**ADMINISTRATIVE TRANSFER**

**INMATE STATEMENT**

On June 5, which was Saturday, around 1:00AM recreation time. As soon as the officer open the tier doors (cell). *B- Lower levels only* Puno (George Summers) *B-L-12* went to the upper level cell (2) and either Robbed or tryed to Robb Victor Smith *(Qazeem)* Puno (George Summers) *B-L-12* Punched Victor Smith by physically assulting him on the left side of his face with what ever he hit him with. The climate on the tier became negative because George *B-L-12* Summers attacked a Muslim. So all the Muslins felt George Summers shouldn't had done that. I personally didn't understand what had happen unt'l I was informed. The next day the climate was still there George Summers tryed to attack another Muslim with a "lock-n-sock" or a "lock on a shoe strin." Anybody who was muslim was his target because he felt as if he was about to get jumped on because of what he did to Victor Smith. Victor Smith is innocent to this, the same I and any other Muslim that is suspect. George summers tryed to get James Hall and the guy (right) skir tried to Jump on a *Puno B-L-12* muslim.

ATTEST

Inmate Signature  Anthony Xavier Caufield  B-L-10  190392

Date  6/6/04

*so we all tryed to stop him from swinging the lock he had. I got hit by being in the way.*

Staff Signature  Barre  6/6/04     Date

☐ Inmate refused to make a statement

**DO NOT DUPLICATE. FORWARD ORIGINAL TO SECURITY SUPERINTENDENT'S OFFICE ONLY.**

The officers that worked 6/5/04 felt something was wrong but didn't know. Of the incident George Summer was involved in. And nobody would step up and tell them. My roommate James Hall was Fighting somebody on the tier trying to help Puno (George Summers) out because *Puno (George Summers)* that's his Boy, I guess. I told me not to go to sleep tonight as if I had something to do with thier problems, because it was a muslim situation.

Form# 228-B (Rev 11/97)

**Disciplinary#**
100677

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261
**DISCIPLINARY REPORT**    23 BL10T

Date: 01/20/2004

| Disciplinary Type: Class1 | Housing Unit: Bldg 23 | | IR#: 1008354 | | |
|---|---|---|---|---|---|
| **SBI#** | **Inmate Name** | **Inst. Name** | **Location Of Incident** | **Date** | **Time** |
| 00190392 | Coffield, Anthony X | DCC | Bldg.24 Chow Hall B | 01/20/2004 | 05:30 |

**Violations:** 1.05/200.225 Demonstrations (Strike), 1.06/200.203 Disorderly or Threatening Behavior, 2.06/200.108 Failing to Obey Order

**Witnesses:** 1. C/O Eisenbraum, Michael    2. N/A    3. N/A

### Description of Alleged Violation(s)

On The Above Date And Time I , Sgt. Faust And C/O Eisenbraun Were Working In B Chow Hall In Building # 24. I/M Coffield Starte To Talk After I Wrote Up Two Other I/M'S For Passing Food. I/M Coffield Continue To Talk After Being Ordered To Stop Multipl Times. I/M Coffield Stated " I'M Going To Continue To Talk So Better Right Me Up". I Ordered Him Again To Stop His Talking And H Continued To Talk And Handed Me His Id. When I Reached Out To Take His Id He Purpously Throw His Id Across The Chow Hall An He The Stated , " There Is The Fucken Id So Go Get It And I'M Going To Continue To Talk , Because Your Write Up Means Nothing At This Point In Time I Ordered Him To Turn Around And Be Cuffed And I/M Coffield Refused And Took A Aggressive Posture. I Wa Then Forced To Call For Back Up , Because I/M Coffield'S Actions Were Stirring Up The Chow Hall . Once Back Up Arrived I/I Coffield Started To Depart, But He Was Close Enough To Tell Me Without Shouting " I Will Get Your Rasiest Ass And I Will Mak Sure Everyone Trieves You So You Will Be Removed..

**Reporting Officer:** Faust, William G Jr(Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Faust, William G Jr-Correctional Officer

1) 404 & 122 Written, 2) Notified Area Lt. , 3) I/M Escourted Back To Cell After Talking To Lt.Gaddiss.

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** None

### Approval Information

**Approved:** ☑    **Disapproved:** ☐    **Approved By:** Belanger, Joseph  (Shift Commander - Large Inst.)

**Comments:** I/M Coffield Referred To Adjustment Board For A Hearing!

### Shift Supervisor Details

**Date Received:** 1/21/04    **Time:** 0945   **Received From:** CAPT J· BELANGER

**Shift Supervisor Determination:**

[ ]    Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[✓]    Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearin

Belanger, Joseph  (Shift Commander - Large Inst.)

I have received a copy of this notice on **DATE:** _____    **TIME:** _____    and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing**
**Officer:** _____    **Offender:** _____

Coffield, Anthony X

**Page 1 of 1**

| DR# | DCC Delaware Correctional Center | Date: 01/29/2004 |
|---|---|---|
| 1006677 | | |

**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# DISCIPLINARY HEARING DECISION

**Inmate** : Coffield, Anthony X          **SBI#:**00190392      **Type:**Class 1

**Institution:**DCC  Delaware Correctional Center          **Hearing Date:**01/27/2004   **Time:**12:00

**Inmate Present:** Yes      **Reason(If No):** N/A

**Violation:** 1.05/200.225 Demonstrations (Strike), 1.06/200.203 Disorderly or Threatening Behavior, 2.06/200.108 Failing to Obey an Order

**Inmate PLEA: Not Guilty**

**Inmate Statement:** Its a lie. I asked him could I ask him a question. He said to shut up. I said I can talk if I want. He asked for ID i put it on table. I never said anything.

**Witness Name:** Pendergrass, Corey

**Testimony :** Incident started or us. Coffied said something to Sgt. he said shut up before I give you a writeup. Faust called for backup. They took him out no problems Sgt. out of line.

**Witness Name:** Mandelka, Ya Ya

**Testimony :** Sgt. was out of order

**Witness Name:** Gutridge, Richard

**Testimony :** Sgt. made racist gesture. Coffield asked him why. Sgt. said give me your id. Sgt. called for backup for no reason. Coffield went to Lt. Gatis. They took out of chow hall.

**Decision :**Guilty

**Rational :** Inmate doesn't want to confront accuser. No evidence to support charge of demonstration 200.225. Per report inmate threw id on floor found guilty of DTB & FTO.

**Sanctions:** N/A

**HEARING OFFICER'S SIGNATURE** _Lt Larry n Savage_

Savage, Larry

I understand that I may appeal the decision of a Class II Hearing  to the Class I Hearing  Officer.I may appeal the decision of a Class I Hearing  to the facility administrator.I also understand that I have 72 hours to submit my notice of appeal in writing to the Class II Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ]    DO    [X]    DO NOT INTEND TO APPEAL

**INMATE's SIGNATURE**

## ORDER TO IMPLEMENT SANCTIONS

[X]    Inmate does not wish to appeal          [ ]    Appeal has been denied by Commissioner or Designate

[ ]    Sanctions have been modified          [ ]    Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Confinement to Quarter | 02/16/2004 | 5 | 02/20/2004 |

DR #
*100667?*

Date: _1/27/04_

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☑ Class I (Major)    ☐ Class II (Minor)    ☐ Summary (24 Hour LOAP)

**Inmate:** _Coffield—Anthony_    SBI#: 00 _190392_
**Institution:** Delaware Correctional Center    **Hearing Date:** _1/27/04_    **Time:** _1200_

**Inmate Present:** ☑ Yes    ☐ No

**Reason (If No):** _____

**Violation:** _200,225    200,203    200,108_
**Inmate Plea:** _not guilty_
**Inmate Statement:** _It's a lie. I asked him to all I ask him a question, he said to shut up, I said I can talk, if I want. He asked for ID I put it on table. I never said anything_
**Witness Name:** _Corey Pendergrass. Incident started on us, Coffield said something to sgt._
**Testimony:** _He said shut up before I give you a writeup, sgt called for back up, then took him out no problems sgt out of line._
**Witness Name:** _YaYa Mandella. Sgt was out of order._
**Testimony:** _____
**Witness Name:** _Richard Gatridge, Sgt made open Resist gesture, Coffield_
**Testimony:** _asked him why sgt said shut me up, sgt called for back up for no reason. Coffield went to Lt Gat's. They took him out of chow hall._
**Decision:** ☑ Guilty    ☐ Not Guilty    ☐ Further Investigation
**Rational:** _Inmate doesn't want to confront accuser. no evidence to support charge of Demonstration 200,225. Per report inmate threw ? on floor found guilty of DTB & FTO._

**Sanctions:** _5 days CTQ_

**Hearing Officer's Signature** _H. Larry N. Savage_

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☐ **I do intend to appeal.**
☑ **I do not intend to appeal.**    _Anthony X Coffield_
**Inmate's Signature**

## ORDER TO IMPLEMENT SANCTIONS

☐ **Inmate does not wish to appeal**    ☐ **Appeal has been denied by Commissioner or Designee**
☐ **Sanctions have been modified**    ☐ **Time Limit (72 hours since hearing) for appeal has expired**

**Modifications:** _____
It is hereby ordered to implement the sanctions or modified sanctions on **Date:** _____ **Time:** _____
Form 121 – May 30, 2003 – 2 pt. NCR   DACS

DR # _____

Date: 1/21/04

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## NOTICE OF DISCIPLINARY HEARING – FOR MINOR/MAJOR OFFENSE

To: Inmate: ANThoNy CoffieLD _____  SBI#: 00 190392  Housing Unit: 23

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122).

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.

   How do you plead? ☐ **Guilty**    ☑ **Not Guilty**

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand.
   b. Loss of one or more privileges for a period of time **of more than 24 hours but less than 15 days**.

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period **of more than 15 days but less than 60 days.**
   b. Confinement to assigned quarters for a period of time not to exceed 30 days.
   c. Isolation confinement for a period of time not to exceed 15 days.
   d. Loss of good time for a period of time not to exceed 30 days. (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the rights in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested? ☑ **Yes**   ☐ **No**   Name of Counsel: _____

7. Confront accuser? ☑ **Yes**   ☐ **No**

8. Witness requested? ☑ **Yes**   ☐ **No**   Name of Witness: CoRey PeNDeRGRASS
                                                                YA YA MANDelKA
                                                                NoNe at heareng
                                                                AFRica

I certify that on 1/21/04 at 0945 ,
     (Date)        (Time)

I served upon the above inmate this notice of
Disciplinary Hearing for Minor/Major Offense
and the Disciplinary Report is attached hereto.

L T H BYane
(Employee's Signature & Title)

I have received copies of 122 & 127 and
understand my rights as Form #127 has
been read to me.

X Anthony Coffield
(Inmate's Signature)

Page 1

Form 127: May 30, 2003  DACS

| Disciplinary# | | | | | | Date: 12/02/2003 |
|---|---|---|---|---|---|---|
| 1005299 | | | | | | |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# DISCIPLINARY REPORT

21 DUIT

| Disciplinary Type: Class2 | | Housing Unit: 21 | | IR#: 1006940 | | |
|---|---|---|---|---|---|---|
| **SBI#** | **Inmate Name** | **Inst. Name** | **Location Of Incident** | | **Date** | **Time** |
| 00190392 | Coffield, Anthony X | DCC | Bldg.24 Law Library | | 11/13/2003 | 10:05 |

**Violations:** 2.04/200.107 Damage or Destruction Under $10

**Witnesses:** 1. N/A          2. N/A          3. N/A

### Description of Alleged Violation(s)

Paralegal Brian Engrem Received Varios Legal Materials Being Returned To Shr Law Library By I/M Anthony Coffield Paralega Engrem Found Writing On Pages From The Prisoners Self Help Litigation Manual.

**Reporting Officer:** Engrem, Brian  (Adjustment Board Officer/L5)

### Immediate Action Taken

**Immediate action taken by:** Engrem, Brian  -Adjustment Board Officer/L5

N/A

### Offender Disposition Details

**Disposition:** N/A          **Date:** N/A          **Time:** N/A          **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** ☑     **Disapproved:** ☐     **Approved By:** Little, Michael  (Staff Lt./Lt)

**Comments:** N/A

### Shift Supervisor Details

**Date Received:**          **Time:**          **Received From:** Boone, Stephen W

**Shift Supervisor Determination:**

[ ]     Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]     Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____
Little, Michael  (Staff Lt./Lt)

I have received a copy of this notice on **DATE:** _____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing**
**Officer:** _____          **Offender:** _____
                                                    Coffield, Anthony X

| DR# |
|---|
| 1005299 |

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: **12/16/2003**

# DISCIPLINARY HEARING DECISION

Inmate : Coffield, Anthony X                     SBI#:00190392    Type:Class 2

Institution:DCC Delaware Correctional Center       Hearing Date: 12/10/2003    Time: 12:51

Inmate Present: Yes        Reason(If No): N/A

Violation: 2.04/200.107 Damage or Destruction Under $10

Inmate PLEA: **Not Guilty**
Inmate Statement:  I didnt know I had to give them back.

Decision :Guilty
Rational : Per report and plea inmate found guilty
Sanctions: N/A

**HEARING OFFICER'S SIGNATURE** _____

Savage, Larry

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ]    DO    [X]    **DO NOT INTEND TO APPEAL**       _____

**INMATE's SIGNATURE**

## ORDER TO IMPLEMENT SANCTIONS

[X]    Inmate does not wish to appeal            [ ]    Appeal has been denied by Commissioner or Designate

[ ]    Sanctions have been modified             [ ]    Time Limit(72 Hours since hearing) for appeal has expired

**It is here by ordered to implement the sanctions:**

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Written Reprimand | | | |

DR #
1005299

Date: 12/10/03

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☐ Class I (Major)    ☑ Class II (Minor)    ☐ Summary (24 Hour LOAP)

Inmate: Coffield Anthony                    SBI#: 00 190392
Institution: Delaware Correctional Center   Hearing Date: 12/10/03    Time: 1251

Inmate Present: ☑ Yes    ☐ No

Reason (If No): _____

Violation: 200, 207
Inmate Plea: not guilty
Inmate Statement: I didn't know I had to give them back.

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Decision: ☑ Guilty    ☐ Not Guilty    ☐ Further Investigation
Rational: Per report and per inmate faave guilty.

Sanctions: Written reprimand

Hearing Officer's Signature _A. Larry Dacke_

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☐ I do intend to appeal.
☑ I do not intend to appeal.

Anthony Coffield

Inmate's Signature

## ORDER TO IMPLEMENT SANCTIONS

☐    Inmate does not wish to appeal.          ☐    Appeal has been denied by Commissioner or Designee

☐    Sanctions have been modified              ☐    Time Limit (72 hours since hearing) for appeal has expired

Modifications: _____
It is hereby ordered to implement the sanctions or modified sanctions on **Date:** _____    **Time:** _____
Form 121 – May 30, 2003 – 2 pt. NCR  DACS

| DR# |
|---|
| 1005299 |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date: **12/02/2003**

# NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

**TO: Inmate:** Coffield, Anthony X    **SBI#:** 00190392    **Housing Unit:** Bldg 21

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
   How do you plead ? **[  ] Guilty      [ X ] Not Guilty**

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand
   b. Loss of one or more privileges for a period of time **of more than 24 hours but less than 15 days.**

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period **of more than 15 days but less than 60 days.**
   b. Confinement to assigned quarters for a period of time not to exceed 30 days.
   c. Isolation confinement for a period of time not to exceed 15 days.
   d. Loss of good time for a period of time not to exceed 30 days.
      (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the right in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested ?  **No**                Name of Counsel:

7. Confront accuser?  **No**

8. Witness requested?  **No**                Name of Witness:

I certify that on **11/13/2003**  at **12:37** , I
served upon the above inmate this notice of
Disciplinary Hearing for Minor/Major Offense and
the Disciplinary Report is attached hereto.

I have received copies of 122 & 127 and
understand my rights as Form # 127 has
been read to me.

_____
**(Employee's Signature & Title)**
Boone, Stephen W

_____
**(Inmate's Signature)**
Coffield, Anthony X

| DR# |
|---|
| 1005299 |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date: **12/02/2003**

# NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

## INMATE RIGHTS IN THE DISCIPLINARY PROCESS

**MINOR OFFENSE :**

**Right to Remain Silent:** If you are charged criminally based upon the same facts giving rise to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent, your silence will not be considered against you at the Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be considered against you.

**Presence:** You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearing Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reason for such exclusions shall be stated in writing.

Disciplinary #

Date: *11-13-03*

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



**DISCIPLINARY REPORT**

Disciplinary Type:  ☐ Major (Class 1)   ☑ Minor (Class 2)   Housing Unit: *SHU*   IR#: *100[940*

| SBI # | Inmate Name | Inst # | Location of Incident | Date | Time |
|---|---|---|---|---|---|
| 00 *190392* | *Anthony Cotfield* | DCC | *SHU Law Library* | *11-13-03* | *10:05* |

Violations: *200.107 Damage or Destruction of Property under $10.00*

Witnesses: 1. _____  2. _____  3. _____

**Description of Alleged Violation(s)**

*Paralegal Brian Engrem received various legal materials being*
*returned to SHU Law Library by I/m Anthony Cotfield.*
*Paralegal Engrem found writing on pages from the Prisoners*
*Self-Help Litigation Manual.*

Reporting Officer: *Brian Engrem*

**Immediate Action Taken**

Immediate Action Taken By: _____

**Offender Disposition Details**

Disposition: _____   Date: _____   Time: _____   Cell Secured? ☐ Yes ☐ No
Reason:
Disposition of Evidence: _____

**Approval Information**

Approved: ☐   Disapproved: ☐   Approved By: _____

Comments: _____

**Shift Supervisor Details**

Date Received: *11-13-03*   Time: *1152*   Received From: *BRIAN ENGRAM*

Shift Supervisor Determination:
☐  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges (see reverse side) for *8* _____ hours (not to exceed 24 hours).

☑  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by a Disciplinary Hearing.

_____ , Shift Supervisor

Form 122 (F&B) 2 Part NCR DACS

DR #

Date: 1-13-03

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## NOTICE OF DISCIPLINARY HEARING – FOR MINOR/MAJOR OFFENSE

**To: Inmate:** Coffield, Anthony    **SBI#:** 00 190392    **Housing Unit:** 21

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122).

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.

   How do you plead?    ☐ **Guilty**    ☑ **Not Guilty**

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand.
   b. Loss of one or more privileges for a period of time **of more than 24 hours but less than 15 days.**

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period **of more than 15 days but less than 60 days.**
   b. Confinement to assigned quarters for a period of time not to exceed 30 days.
   c. Isolation confinement for a period of time not to exceed 15 days.
   d. Loss of good time for a period of time not to exceed 30 days. (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the rights in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested?    ☐ Yes    ☑ No    Name of Counsel: _____

7. Confront accuser?    ☐ Yes    ☑ No

8. Witness requested?    ☐ Yes    ☑ No    Name of Witness: _____
   _____
   _____

I certify that on 11/13/03 at 1237,
    (Date)        (Time)

I served upon the above inmate this notice of
Disciplinary Hearing for Minor/Major Offense
and the Disciplinary Report is attached hereto.

LT _____

(Employee's Signature & Title)

I have received copies of 122 & 127 and
understand my rights as Form #127 has
been read to me.

X Anthony X. Coffield

(Inmate's Signature)

Page 1

Form 127: May 30, 2003  DACS

Incident #

Date: _11-13-03_

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



**INCIDENT REPORT**

Group#: _____  Type: _INMATE_    Incident Date: _11-13-03_ Time: _10:05_ Confidential: ☐ Yes ☐ No

Facility: _Delaware Correctional Center_    Follow-up Required: ☐ Yes ☐ No

Incident Location: _SHU Law Library_
Location Description: _____

Violated Conditions: _200.107 Damage or Destruction of Property under $10.00_

Description of Incident: _RP received various legal materials being returned to SHU Law Library by S-1. RP found writing on pages from the Prisoners Self-Litigation Manual. On the back of the set of pages 694-697 S-1 has written information about Main players, Supp. players, Assoc. players._

| Injured Persons | Hospitalized | Nature of Injuries |
|---|---|---|
| | ☐ Yes  ☐ No | |
| | ☐ Yes  ☐ No | |
| | ☐ Yes  ☐ No | |

Evidence Type: _Copies from Litigation Manual_  Date Collected: _11-13-03_
Discovered By: _Paralegal Brian Engrem_    Secured By: _Sgt. Steve Floyd_

Type of Force Used: ☐ Physical ☐ Chemical ☐ Stun ☐ Other ☐ Capstun ☑ None

Restraints Used:
Immediate Action Taken: _404, 122_

**Individuals Involved**

| Person Code | Name | SBI # | Title |
|---|---|---|---|
| RP | Brian Engrem | | Paralegal II |
| S-1 | Anthony Cotfield | 190392 | F/m |
| | | | |
| | | | |

Reporting Officer: _Brian Engrem_    Entered By: _____

**Approval Information**

☐ Approved  ☐ Disapproved  Date: _____ Approved By: _____

Comments: _____

## INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: _Anthony Cotfield_          SBI# _190392_

HOUSING UNIT: _SHU_          DATE _11-13-03_     TIME: _10:05_

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) |
|------|------------------------|-------|----------|----------------------------|
| 01 | PSHLm Pgs. 46-49 | S | 1 | Fair |
| 02 | PSHLm Pgs. 264-353 | S | 1 | Fair |
| 03 | PSHLm Pgs. 374-379 | S | 1 | Fair |
| 04 | PSHLm Pgs. 673-677 | S | 1 | Fair |
| 05 | PSHLm Pgs. 694-697 | S | 1 | Fair |

_Brian Engrem_          _8-4_          _Brian Engrem_

**Officer's Name (Print Clearly)**     **Shift**     **Officer's Signature Who Inventoried Property**

_STEVE BOONE_          _8x4_          _(signature)_

**Supervisor's Name (Print Clearly)**     **Shift**     **Supervisor's Signature Reviewing Inventory**

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within

(Person Transferring Property)     (Date)          (Time)          (Person Receiving Property)          Unit

---

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within

(Person Transferring Property)     (Date)          (Time)          (Person Receiving Property)          Unit

---

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on ___/___/___, at _____, by _____, within

(Person Transferring Property)     (Date)          (Time)          (Person Receiving Property)          Unit

---

Revised: 4/01/03     ** S- State Property     P- Personal Property          FORM# 537-A

| Disciplinary# | | |
|---|---|---|
| 1003219 | | |

**DCC - Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/10/2003

17
D49

# DISCIPLINARY REPORT

| Disciplinary Type: Class2 | Housing Unit: Bldg 17 | IR#: 1004254 |
|---|---|---|

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00190392 | Coffield, Anthony X | DCC | B/PT | 08/08/2003 | 09:00 |

**Violations:** 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband, /200.101 Unauthori Use of Property of Another

**Witnesses:**1. N/A          2. N/A          3. N/A

## Description of Alleged Violation(s)

On The Above Time And Date I Cpl Kromka Was Verifying I/M Coffields Electronics. I Discovered A Optimus Radio In His Property. Checked I/M Coffields Property And He Does Not Own A Optimus Radio. This Is A Direct Violation Of The I/M Housing Rules.  Eo

**Reporting Officer:** Kromka, Frank  (Booking/Receiving Room Officer)

## Immediate Action Taken

Immediate action taken by: Kromka, Frank  -Booking/Receiving Room Officer

404 Write Up

## Offender Disposition Details

Disposition: N/A                    Date: N/A          Time: N/A          Cell secured?  No

Reason: N/A

Disposition Of Evidence: N/A

## Approval Information

Approved: ☒     Disapproved: ☐     Approved By: Little, Michael  (Staff Lt./Lt)

Comments: N/A

## Shift Supervisor Details

Date Received:              Time:              Received From: Harvey, Paul

**Shift Supervisor Determination:**

[ ]   Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]   Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearin

                                        Little, Michael  (Staff Lt./Lt)

I have received a copy of this notice on **DATE:** _____  **TIME:** _____  and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer: _____          Offender: _____
                                                      Coffield, Anthony X

| DR# | | | |
|---|---|---|---|
| 1003219 | | | |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: <u>10/03/2003</u>

# DISCIPLINARY HEARING DECISION

**Inmate** : <u>Coffield, Anthony X</u>                    SBI#:<u>00190392</u>    **Type:**<u>Class 2</u>

**Institution:**<u>DCC  Delaware Correctional Center</u>        **Hearing Date:**<u>09/15/2003</u>    **Time:**<u>14:33</u>

**Inmate Present:** <u>Yes</u>        **Reason(If No):** <u>N/A</u>

**Violation:**  /200.101 Unauthorized Use of Property of Another, 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

**Inmate PLEA:** <u>Guilty</u>

**Inmate Statement:**  N/A

**Decision :**<u>Guilty</u>

**Rational** : Per report and plea inmate found guilty.

**Sanctions:** N/A

HEARING OFFICER'S SIGNATURE *Lt. Larry n Savage*

Savage, Larry

I understand that I may appeal the decision of a Class II Hearing  to the Class I Hearing  Officer.I may appeal the decision of a Class I Hearing  to the facility administrator.I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ]    DO    [X]    DO NOT INTEND TO APPEAL        _____
                                                          **INMATE's SIGNATURE**

## ORDER TO IMPLEMENT SANCTIONS

[X]    Inmate does not wish to appeal            [ ]    Appeal has been denied by Commissioner or Designate

[ ]    Sanctions have been modified              [ ]    Time Limit(72 Hours since hearing) for appeal has expired

**It is here by ordered to implement the sanctions:**

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Written Reprimand | | | |

DR # *100329*

Date: *9/15/03*

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☐ Class I (Major)    ☑ Class II (Minor)    ☐ Summary (24 Hour LOAP)

| Inmate: *Coffield Anthony* | SBI#: 00 *190 393* |
| Institution: Delaware Correctional Center    Hearing Date: *9/15/03* | Time: *1435* |

**Inmate Present:** ☑ Yes    ☐ No

Reason (If No): _____

Violation: *D FTO ONDC U40P*
Inmate Plea: *Guilty*
Inmate Statement: _____

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

**Decision:** ☑ Guilty    ☐ Not Guilty    ☐ Further Investigation
Rational: *Per report and plea, inmate found Guilty.*

Sanctions: *Written reprimand*
Hearing Officer's Signature *Lt Gary N Seeley*

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☐ I do intend to appeal.
☑ I do not intend to appeal.

*inmate unable to sign cuff & rem.*

Inmate's Signature

## ORDER TO IMPLEMENT SANCTIONS

☐ Inmate does not wish to appeal    ☐ Appeal has been denied by Commissioner or Designee
☐ Sanctions have been modified    ☐ Time Limit (72 hours since hearing) for appeal has expired

**Modifications:** _____
It is hereby ordered to implement the sanctions or modified sanctions on Date: _____ Time: _____
Form 121 – May 30, 2003 – 2 pt. NCR  DACS

# NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

TO: Inmate: Coffield, Anthony X       SBI#: 00190392    Housing Unit: Bldg 17

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
    How do you plead ? [ ] Guilty    [ X ] Not Guilty

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
    a. Written Reprimand
    b. Loss of one or more privileges for a period of time <u>of more than 24 hours but less than 15 days.</u>

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
    a. Loss of one or more privileges for a period <u>of more than 15 days but less than 60 days.</u>
    b. Confinement to assigned quarters for a period of time not to exceed 30 days.
    c. Isolation confinement for a period of time not to exceed 15 days.
    d. Loss of good time for a period of time not to exceed 30 days.
    (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner
    or his designee.)

5. You have the right in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested ?   <u>No</u>       Name of Counsel:

7. Confront accuser?   <u>No</u>

8. Witness requested?   <u>No</u>       Name of Witness:

I certify that on <u>08/08/2003</u>   at <u>13:52</u>   , I
served upon the above inmate this notice of
Disciplinary Hearing for Minor/Major Offense and
the Disciplinary Report is attached hereto.

I have received copies of 122 & 127 and
understand my rights as Form # 127 has
been read to me

_____
**(Employee's Signature & Title)**
Harvey, Paul

_____
**(Inmate's Signature)**
Coffield, Anthony X

# NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

## INMATE RIGHTS IN THE DISCIPLINARY PROCESS

**MINOR OFFENSE :**

**Right to Remain Silent:** If you are charged criminally based upon the same facts giving rise to the disciplinary process, yo have the right to remain silent at the Disciplinary Hearing.
against you at the Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be considered against you.

**Presence:** You have the right to be present at all phases of the hearing, except that you may be excluded during the Heari Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reason for such exclusions sh be stated in writing.

Incident #

Date: 8/8/03

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## INCIDENT REPORT

Group#: _____  Type: _____    Incident Date: 8/8/03  Time: 0500  Confidential: ☐ Yes  ☒ No

Facility: Delaware Correctional Center

Follow-up Required:  ☐ Yes  ☐ No

Incident Location: B Building
Location Description: property room

Violated Conditions: 200.101    200.108    200.111

Description of Incident: On the above time & Date RP was verifying S-1 electronics. RP discovered A Optimus Radio in his property. RP checked S-1 property file and S-1 does not own a optimus Radio. this is A direct violation of the Ith housing rules EOS

| Injured Persons | Hospitalized | Nature of Injuries |
|---|---|---|
| | ☐ Yes  ☐ No | |
| | ☐ Yes  ☐ No | |
| | ☐ Yes  ☐ No | |

Evidence Type: Optimus Radio                    Date Collected: 8/8/03
Discovered By: RP Cpl Kromka                    Secured By: RP Cpl Kromka

Type of Force Used: ☐ Physical  ☐ Chemical  ☐ Stun  ☐ Other  ☐ Capstun  ☒ None

Restraints Used: none
Immediate Action Taken: 404 write up

### Individuals Involved

| Person Code | Name | SBI # | Title |
|---|---|---|---|
| RP | Cpl Frank Kromka | | Property room Cpl |
| S-1 | Coffield, Anthony | 190392 | SHU inmate |
| | | | |
| | | | |
| | | | |

Reporting Officer: _____    Entered By: _____

### Approval Information

☐ Approved    ☐ Disapproved    Date: _____    Approved By: _____

Comments: _____

Disciplinary #

Date: _8/8/03_

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

### DISCIPLINARY REPORT

Disciplinary Type: ☒ Major (Class 1)  ☐ Minor (Class 2)  Housing Unit: _SHU_    IR#: _03-4254_

| SBI # | Inmate Name | Inst # | Location of Incident | Date | Time |
|---|---|---|---|---|---|
| 00 _190392_ | _Coffield, Anthony_ | DCC | _B - Property Room_ | _8/8/03_ | _0500_ |

Violations: _200.101_    _200.108_    _200.111_

Witnesses: 1. _____  2. _____  3. _____

### Description of Alleged Violation(s)

_On the above time & Date I, Cpl Kronk4 was ver'fying Inm Coffields electronics I discovered a optimus radio in his property. I checked Inm Coffields property file and he does not own a optimus radio. This is a direct violation of the Inm Housing rules EOS_

Reporting Officer: _Cpl frank Kronk4_    _Cpl JER_

### Immediate Action Taken

_404 write up_

Immediate Action Taken By: _Cpl frank Kronk4_

### Offender Disposition Details

Disposition: _____  Date: _____  Time: _____  Cell Secured? ☐ Yes ☐ No
Reason: _____
Disposition of Evidence: _____

### Approval Information

Approved: ☐  Disapproved: ☐    Approved By: _____
Comments: _____

### Shift Supervisor Details

Date Received: _8-8-03_  Time: _1530_  Received From: _Cpl Kronk4_

**Shift Supervisor Determination:**

☐  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges (see reverse side) for _____ hours (not to exceed 24 hours).

☒  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by a Disciplinary Hearing.

_Sh 74y0_

_____, Shift Supervisor

Form 122 (F&B) 2 Part NCR  DACS    _EL_

DR # 

Date: _____

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

## NOTICE OF DISCIPLINARY HEARING – FOR MINOR/MAJOR OFFENSE

**To: Inmate:** *Coffield, Anthony*    **SBI#: 00** *190392*    **Housing Unit:** *17*

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122).

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.

   How do you plead?  ☐ **Guilty**    ☑ **Not Guilty**

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand.
   b. Loss of one or more privileges for a period of time **of more than 24 hours but less than 15 days.**

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period **of more than 15 days but less than 60 days.**
   b. Confinement to assigned quarters for a period of time not to exceed 30 days.
   c. Isolation confinement for a period of time not to exceed 15 days.
   d. Loss of good time for a period of time not to exceed 30 days.  (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the rights in the disciplinary process as stated on the lower and back of this page.  These have been fully explained to you at the time of this notification.

6. Counsel requested?  ☐ **Yes**  ☑ **No**    Name of Counsel: _____

7. Confront accuser?  ☐ **Yes**  ☑ **No**

8. Witness requested?  ☐ **Yes**  ☑ **No**    Name of Witness: _____
   _____
   _____

I certify that on *8-8-03* at *1352* ,
                    (Date)          (Time)
I served upon the above inmate this notice of
Disciplinary Hearing for Minor/Major Offense
and the Disciplinary Report is attached hereto.

_____
(Employee's Signature & Title)

*Jr Paul Harvey*

Form 127: May 30, 2003   DACS

I have received copies of 122 & 127 and
understand my rights as Form #127 has
been read to me.

_____
(Inmate's Signature)

Page 1

**Disciplinary#**
1003196

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**
Date: 09/03/2003

# DISCIPLINARY REPORT

| Disciplinary Type: Class2 | | Housing Unit: Bldg 17 | | IR#: 1004226 | | |
|---|---|---|---|---|---|---|
| **SBI#** | **Inmate Name** | **Inst. Name** | **Location Of Incident** | **Date** | **Time** |
| 00190392 | Coffield, Anthony X | DCC | D-EAST | 08/06/2003 | 20:45 |

**Violations:** 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

**Witnesses:**1. N/A          2. N/A          3. N/A

### Description of Alleged Violation(s)

On The Above Date And Approx. Time, I C/O Hall Discovered I/M Coffield To Be In Poss. Of 123 Extra Letters And 37 Extra Picture I/M Coffield Had His Property Inventoried Due To Moving To The Shu (Bldg 17). The Extra Items Were Discovered During Inventory Letters No More Than 12, And Photos Must Be In A Holder-Not Loose According To Delta Housing Rules- End Of Report-

**Reporting Officer:** Hall, Darnell D (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Hall, Darnell D -Correctional Officer

Confiscated Items As Evidence For Mab Hearing

### Offender Disposition Details

**Disposition:** N/A          **Date:** N/A     **Time:** N/A     **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** ☑     **Disapproved:** ☐     **Approved By:** Little, Michael (Staff Lt./Lt)

**Comments:** N/A

### Shift Supervisor Details

**Date Received:**          **Time:**          **Received From:** Stanton, James

**Shift Supervisor Determination:**

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____
Little, Michael (Staff Lt./Lt)

I have received a copy of this notice on **DATE:** _____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing**
**Officer:** _____          **Offender:** _____
                                                          Coffield, Anthony X

1003196

Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# DISCIPLINARY HEARING DECISION

**Inmate** : Coffield, Anthony X                           **SBI#:**00190392    **Type:**Class 2

**Institution:**DCC  Delaware Correctional Center          **Hearing Date:** 09/10/2003    **Time:** 10:25

**Inmate Present:** Yes        **Reason(If No):** N/A

**Violation:**  2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

**Inmate PLEA:** Guilty

**Inmate Statement:** N/A

**Decision :** Guilty

**Rational** : Per report and plea inmate found guilty.

**Sanctions:** N/A

HEARING OFFICER'S SIGNATURE:   *Lt Larry n Savage*
Savage, Larry

I understand that I may appeal the decision of a Class II Hearing  to the Class I Hearing  Officer.I may appeal the decision of a
Class I Hearing  to the facility administrator.I also understand that I have 72 hours to submit my notice of appeal in writing to the
Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ]    **DO**    [X]    **DO NOT INTEND TO APPEAL**

**INMATE's SIGNATURE**

## ORDER TO IMPLEMENT SANCTIONS

[X]    Inmate does not wish to appeal            [ ]    Appeal has been denied by Commissioner or Designate

[ ]    Sanctions have been modified              [ ]    Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Written Reprimand | | | |

DR #
*100.3196*

Date: *9/10/03*
**RECEIVED**

SEP 1 2 2003

**HEARING OFFICE CLERK**

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☐ Class I (Major)    ☑ Class II (Minor)    ☐ Summary (24 Hour LOAP)

Inmate: *Coffied Anthony*                   SBI#: 00 *190 392*
Institution: Delaware Correctional Center | Hearing Date: *9/10/03*   Time: *1025*

**Inmate Present:** ☑ Yes   ☐ No

Reason (If No): _____

Violation: *PTO PNPC*
Inmate Plea: *Guilty*
Inmate Statement: _____

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

**Decision:**   ☑ Guilty   ☐ Not Guilty   ☐ Further Investigation
Rational: *Per report and plea inmate found guilty*

Sanctions: *Written reprimand*
                    Hearing Officer's Signature *Larry Savage*

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☐ I do intend to appeal.
☑ I do not intend to appeal.
                    *inmate unable to sign appeal*
                    **Inmate's Signature**

## ORDER TO IMPLEMENT SANCTIONS

☐   Inmate does not wish to appeal      ☐   Appeal has been denied by Commissioner or Designee
☐   Sanctions have been modified        ☐   Time Limit (72 hours since hearing) for appeal has expired

Modifications: _____
It is hereby ordered to implement the sanctions or modified sanctions on Date: _____   Time: _____
Form 121 – May 30, 2003 – 2 pt. NCR  DACS

| DR# | |
|---|---|
| 1003192 | |

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**
Date: 09/03/2003

# NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

TO: Inmate: <u>Anderson, Terrence J S</u>        SBI#: <u>00440600</u>        Housing Unit: <u>Dorm II</u>

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
   How do you plead ? [ X ] Guilty        [    ] Not Guilty

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand
   b. Loss of one or more privileges for a period of time <u>of more than 24 hours but less than 15 days.</u>

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period of <u>more than 15 days but less than 60 days.</u>
   b. Confinement to assigned quarters for a period of time not to exceed 30 days.
   c. Isolation confinement for a period of time not to exceed 15 days.
   d. Loss of good time for a period of time not to exceed 30 days.
      (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the right in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested ?   <u>No</u>              Name of Counsel: _

7. Confront accuser?   <u>No</u>

8. Witness requested?   <u>No</u>              Name of Witness: _

I certify that on <u>08/06/2003</u>   at <u>21:30</u>   , I
served upon the above inmate this notice of
Disciplinary Hearing for Minor/Major Offense and
the Disciplinary Report is attached hereto.

I have received copies of 122 & 127 and
understand my rights as Form # 127 has
been read to me

_____
**(Employee's Signature & Title)**
Wallach, Edward

_____
**(Inmate's Signature)**
Anderson, Terrence J S

**1002823**

Smyrna **Landing Road**
SMYRNA DE, 19977
Phone No. 302-653-9261

# DISCIPLINARY REPORT

**24 HOUR**

| **Disciplinary Type:** Summary | Housing Unit: **Bldg 17** | IR#: **1003823** |
|---|---|---|

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00190392 | Coffield, Anthony X | DCC | Others | 07/21/2003 | 17:50 |

**Violations:** 2.06/200.108 Failing to Obey an Order

**Witnesses:** 1. N/A     2. N/A     3. N/A

## Description of Alleged Violation(s)

On The Above Date And Approx. Time, I - C/O Montgomery - Observed I/M And Heard I/M Coffield Talking. Talking Is Not Permitted At Any Time. -E.O.R.-

**Reporting Officer:** Montgomery, Bobbie L (Correctional Officer)

## Immediate Action Taken

**Immediate action taken by:** Montgomery, Bobbie L -Correctional Officer

24 Hour Loap

## Offender Disposition Details

**Disposition:** N/A     Date: N/A     **Time:** N/A     **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

## Approval Information

**Approved:** ☑     **Disapproved:** ☐     Approved By: Little, Michael (Staff Lt./Lt)

**Comments:** N/A

## Shift Supervisor Details

**Date Received:**     **Time:**     Received From: Montgomery, Bobbie L

**Shift Supervisor Determination:**

[X] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____

Little, Michael (Staff Lt./Lt)

I have received a copy of this notice on DATE: _____ _____ TIME: _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** _____     **Offender:** _____

Coffield, Anthony X

**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# SUMMARY DISCIPLINARY REPORT

The following sanctions were imposed by Summary Disciplinary Action on the indicated:

**Offender Name:** COFFIELD, ANTHONY X                                  **SBI#:** 00190392

**Institution**       : DCC  Delaware Correctional Center          **Location:** Others

**Sanction Start Date:**          **Time:**          **End Date:**          **Time:**

**Violation Description:** 036.  2.06/200.108 Failing to Obey an Order

**Sanctions Imposed:**    Loss of All Privileges/24 Hrs

---

**INMATE'S SIGNATURE**
COFFIELD, ANTHONY X

**STAFF WITNESS' SIGNATURE**
Montgomery, Bobbie L

Disciplinary #
_____

Date: July 21, 2003

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

24 HOUR

**DISCIPLINARY REPORT**

Disciplinary Type: ☐ Major (Class 1)  ☑ Minor (Class 2)  Housing Unit: W East  IR#: 1003823

| SBI # | Inmate Name | Inst # | Location of Incident | Date | Time |
|-------|-------------|--------|----------------------|------|------|
| 00 190392 Coffield, Anthony | DCC | Chowhall | 7-21-03 | approx. 1550 |

Violations: 200.108 Failing to obey order
_____

Witnesses: 1. ___N/A___    2. ___N/A___    3. ___N/A___

### Description of Alleged Violation(s)

On the above date and approx. time, I C/o Montgomery observed I/M
and heard I/m Coffield talking. Talking is not permitted at any time.
E.O.R.
_____
_____
_____
_____

Reporting Officer: C/o Montgomery, Bobbie    Bobbie Montgomery

### Immediate Action Taken

24 HOUR LOAP

Immediate Action Taken By: C/o Montgomery

### Offender Disposition Details

Disposition: _____  Date: _____  Time: _____  Cell Secured? ☐ Yes ☐ No
Reason: _____
Disposition of Evidence: _____

### Approval Information

Approved: ☐  Disapproved: ☐  Approved By: _____
Comments: _____

### Shift Supervisor Details

Date Received: _____  Time: 2158  Received From: C/o Montgomery

Shift Supervisor Determination:
☑  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges (see reverse side) for _24_ hours (not to exceed 24 hours).

☐  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by a Disciplinary Hearing.

_____, Shift Supervisor

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## SUMMARY DISCIPLINARY REPORT

The following sanctions were imposed by Summary Disciplinary Action on the indicated:

**Offender Name:** Offold Anthony     **SBI#: 00** 190392

**Institution:** Delaware Correctional Center    **Location:** V/East

**Sanction Start Date:** 7-21-03   **Time:** 1750   **End Date:** 7-22-03   **Time:** 1750

**Violation Description:** 200.108 failing to obey an order.

**Sanctions Imposed:** 24 HOUR LOAP

_____

**Inmate's Signature**

☒ **Shift Supervisor Notified** 1750
                **(Time)**

**Staff Witness' Signature**

Form A25 DACS
3 Part NCR

FORM #: 122 – Revised 7/97          DISCIPLINARY REPORT
F&B (2-part ncr)

Incident Report No. IR-*03-2197*

Disc. Report No. DR-*03-1545*

| NUMBER | NAME | Inst/Housing Unit | Date of Report |
|---|---|---|---|
| 190392 | Coffield, Anthony | DCC /DE | 5/13/03 |

1. Specific Rule Violated (Offense): 200.002 Sexual misconduct /200.203 Disorderly an threatening behavior

2. Facts: Date of Offense 5/13/03   Time of Offense Apx 1800   Location of Offense Main kitchen C-line outside door

On the above date and time while departing the chow hall inmate Coffield rubbed his forearm against the chest-of F-S511 S. Morris. When F-S511 S. Morris stepped aside and called I/M Coffield by name twice, I/M Coffield kept walking as without responding to F-S511 S. Morris, F-S511 S. Morris returned inside the kitchen called D-Ebldn and had I/M Coffields pass pulled.

3. Name of Witnesses, if any: NONE

4. Disposition of any evidence involved: NONE

5. Immediate Action Taken: _____

[✓] Inmate has been advised of this write-up.

x _____
Reporting Officer's Signature

x F-S511 S. Morris
Reporting Officer's Name & Title

To be filled out by Shift Supervisor

Date Report was Received: 5/14/03

Time Report was Received: 1830

Report Received From: F-S511 S. Morris

Shift Supervisor Determination:

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges (see reverse side) for _____ hours (not to exceed 24 hours):

[✓] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

x _____
Shift Supervisor's Signature

x Capt. Michael McCreanor
Shift Supervisor's Name & Title

6. [ ] Some evidence was excluded at the hearing even though it was relevant. The evidential value of such evidence was substantially outweighed by considerations of undue delay, waste of time, or needless presentation of cumulative evidence in that_____

[ ] NO EVIDENCE HAS BEEN DENIED _____

7. [ ] The accused inmate was not permitted to be present during all phases of the hearing. He engaged in the following behavior which became disruptive to the proceedings:

_____

[ ] INMATE WAS PRESENT AT ALL PHASES OF THE HEARING

8. Summary of evidence upon which the decision and sanction are based:

AT THE TIME OF THE HEARING, INMATE PLEADED: [ ] GUILTY    [ ] NOT GUILTY

*Chgs. I/m states this is a lie. He did nothing stated in rept. He never touched C/O, he is innocent of chgs. Accuse states he was C/O he did have witnesses at hearing. H/O note that Accuse sign off form 127 n checking No witnesses. Therefore denied at this stage. Confront C/O Acc ask the quest m if he actually told her breast. He ask question of Accuse why did she call his name. She states she call out twice. To remind him not to touch her again. This is the second time this has happened. States she warned him before. States this was sexual*

9. Hearing Officer's Decision

[ ] Guilty    _____ Not Guilty    _____ Probation

10. Sanction to be imposed: *15 days Iso. to be schedule by*    *Misc. how come a C/O did not call*

11. Stay of Sanction: *Shift Comm*

[ ] Execution of Sanction(s) will be stayed--WILL APPEAL.

[ ] Execution of Sanction(s) will not be stayed--WILL NOT APPEAL.

I certify that the following are true:

[ ] I am impartial and unbiased against the accused inmate.

[ ] I have not had direct supervisory responsibility over the accused inmate during the six (6) month period immediately preceding the Disciplinary Hearing.

[ ] The accused inmate has been provided with a copy of this record.

[ ] The accused inmate has been advised of his right to appeal and has been provided with an appeal form.

_____
Name & Title of HEaring Officer

_____
Signature

FORM #: 121 A (2-part NCR)
Revised 5/19/95
        page 2 of 2

**Continuation of Form #: 121/ line 8**

DR #: _03-1565_     Inmate name: _Coffield, Anthony_     SBI #: _190 392_

_Accuse made allegations that C/O had_
_a problem because of his brother_
_(She use to date). Note he continued_
_to interrupt proceedings, to make al-_
_legations Accuser + H/O has already_
_that to conspire to find him guilty._
_H/O find him guilty of S+4 both_
_only._

_[signature]_ 5.22 03

**Signature of Hearing Officer/ Date**

**FORM #: 121 (Continuation)**
**Revised 4/10/01**

RECORD OF DISCIPLINARY HEARING

FORM #: 118 Revised: 3/93                                              Short Form

| Number | Commitment Name | Inst/Unit | Case Number |
|---|---|---|---|
| 190392 | Coffield, Anthony | Dcc/DE | DR — 03-1565 |
| | | | Date/Time of Hearing 5-22-03 1255 |

1. Hearing Officer's Decision:

   [✓] Guilty    [ ] Not Guilty    [ ] Probation    d + t beh - N.G. self
                                                            Misc.

2. Sanction Imposed: __(15)__ days ~~for~~ ISO/i to be
                                                    schedule
                      _____ days confinement to quarters
                                                    by Shift
                      _____ days Probation/Sanction Suspended    Comms.

                      _____ Written Reprimand

3. Stay of Sanction:

   [✓] Execution will be stayed.          [ ] Execution will not be stayed.
       Case Appealed                           Will Not Appeal

I verify receiving a copy of sanction this date.


_Anthony Coffield_ , 5.22.03          _S/Lt B. H_____
Inmate Signature and Date             Signature of Hearing Officer

        3-part NCR

5/23/03

*Anthony Coffield*

190392

The correction code of penal discipline rules defines the Code 200.203 Disorderly or threatening behavior states as Followed: (a) Fighting, or other violent, or threatening behavior. (b) Insulting, taunting or challenging another person, in a manner likely to produce a violent or disorderly response.

Therefor, the Food service specialist officer never acted in a way to where Insult or taunting or challenging her in a manner likely to produce a violent or disorderly response.

The part of (b) doesn't describe anything of disorderly or threatening behavior. The same as with (A). There isn't any showings of this code either in the officers #122 report or the #404 report.

This goes against the purposes and objectives of the correctional code of penal discipline good Faith and Fairness. Within the Purpose and objectives 100.12^(0) the #122 report has some arbitrary nature because this was brought to the attention of the hearing officer also dealing with (e) of purposes and objectives 100.12. Also It was made clear to the Disciplinary Hearing Officer that the Food Service Specialists write up is dated 5/13/03 Apx.1800 and that Lt. Stanton of the 4 to 12 shift certified that on 5/14/03 Apx. 1956 served upon me notice of Disciplinary Hearing of minor/major offense and the Disciplinary Report was attached hereto. The Food service specialist wasn't within the 24hr notice and therefor was (2)hours off notice.

Also, the Hearing Officer was very ~~s~~ partial towards the inmate and sarcastic. He spoke with the Food Service Specialist before the hearing and it should be logged From the movement.

Form #: 126

## DISCIPLINARY HEARING APPEAL FORM

Coffield, Anthony

You have the right to appeal the decision of the Hearing Officer to the Commissioner of the Department of Correction, or his designee. Execution of any sanction imposed by the Hearing Officer shall be automatically stayed for seventy-two (72) hours immediately following the hearing (UNLESS) YOU INDICATE ON THIS FORM THAT YOU DO NOT WANT to appeal. If you do not file an appeal within seventy-two (72) hours, or if you indicate on this form that you do not want to appeal, the sanction shall be carried out immediately.

[✓] Yes, I do want to appeal

[ ] No, I do not want to appeal

RE: DISCIPLINARY HEARING

Case Number
OR-03-1565

Date of Hearing
5-22-03

Time of Hearing
1255

I want the decision of the Hearing Officer to be:

[✓] Reversed, and/or

[✓] Remanded for further proceedings

**RECEIVED**

**MAY 2 9 2003**

**HEARING OFFICE CLERK**

My reason for making this appeal are:

The Offence of Disorderly/Threatening behavior that I was found guilty of doesn't reflect what happen in the Officers write-up. There isn't any Disorderly Threatening behavior in the wording of the write-up. Disorderly/Threating behavior is known to be a verbal action more than just an physical one. Since there wasn't any verbal action of any disorderly/Threatening behavior, and as stated clearly in the Officers write-up, she had to call me twice clearly shows no responce by me. So there can not be any disorderly/Threatening behavoir because the incident never happen on my part and on her part I never was verbal. Thank you

5 / 23 / 03
DATE

Anthony Coffield
SIGNATURE

(To file this appeal, give it to _S/Lt B.H. Olin._ ).
*The 72-hour time limit will run only while you are incarcerated.

# STATE OF DELAWARE
## DEPARTMENT OF CORRECTION
### BUREAU OF PRISONS
245 McKEE ROAD
DOVER, DE  19904

OFFICE OF THE BUREAU CHIEF

**TO:**              Anthony Coffield

**FROM:**          Bureau Chief

**RE:**              Appeal Decision

**Case Number:**  DR 03-1565

RECEIVED

JUN 2 9 2003

HEARING OFFICE CLERK

| SBI Number | Commitment Name | Institution | Date of Decision |
|---|---|---|---|
| 00190392 | COFFIELD, Anthony | DCC | 7/25/03 |

1. **Your appeal in the above case(s) is:**
   ☐ Accepted
   ☒ Denied

2. **The decision of the Hearing Officer is:**
   ☒ Affirmed
   ☐ Reversed
   ☐ Remanded for further proceedings

3. **The sanction(s) imposed by the Hearing Officer will:**
   ☒ Remain as imposed by the Hearing Officer
   ☐ Be reduced as follows:

4. **The basis of this decision is as follows:**
The behavior reported by the staff is insulting and can appropriately be considered under 200.203. Your claim of a time frame violation is without merit, your allegations of a conspiracy are unsupported. Nothing contained in your appeal provides a substantial basis for a change in the Hearing Officer's decision.

**For the Bureau Chief:**

Anthony J. Rendina - Director, Special Programs
**Name and Title**

**Signature**

cc:    Hearing Officer
       (Form #124)

**Memorandum**

**From:  Hearing Office**

**Re:**   ORDER TO EXECUTE SANCTION for case Number: **03-1565**
This **29** day of **July, 2003**, whereas, Inmate **Coffield, Anthony**
Inmate Number **190392** has been guilty of **Disorderly or threatening behavior.**

   **[] Whereas, said inmate does not want to appeal; or**

   **[] Whereas, more than 72 hours have expired since the Disciplinary Hearing was held;**

   **[x] An appeal filed by said inmate has been denied by the Commissioner/his designee.**

   Now, Therefore, IT IS ORDERED that the following sanction be executed
   **Fifteen (15) days isolation to be scheduled by the Shift Commander.**

**\*Confinement to Quarters** - - An inmate may be confined to his quarters for a period of time not to exceed 30 days only after being found guilty of a MAJOR offense. When confined to quarters, the inmate is prohibited from participating in all activities; i.e., recreation, education, library, counseling, job assignments, religious services, commissary, visits, telephone calls, etc. He is to be confined to his quarters for the entire period designated with the exception that the inmate should be permitted to shower, exercise, and clean his cell on Monday, Wednesday, and Friday.

**\*Loss of Privileges** - - Loss of Privileges may be given for no more than 24-hours by the Shift Commander to correct minor or major violations of the Code of Penal Discipline. Loss of Privileges also may be given by the Hearing Officer for a period of time of more than 24-hours but less than 15 days after being found guilty of a minor offense and less than 60 days after being found guilty of a major offense.

Loss of Privileges is not a confinement to quarters. One or more privileges may be revoked for the time period specified but the inmate may continue to leave his quarters as normal except for the privileges that are taken away. The privilege must be specified if it is less than all privileges.

The term "all privileges" shall refer to: Telephone Calls, Recreation (including tier recreation), Visits, and Commissary.

The following are not considered "privileges" and cannot be revoked for a loss of privileges: Education Classes, Vocational Training Sessions, Counseling Sessions, Alcohol/Drug Rehabilitation Programs, Regular Job Assignments, Religious Services, and Legal Access (Law Library).

During a Loss of Privileges, an inmate is permitted out of his cell to attend the above seven (7) items not classified as privileges. However, the inmate is not permitted to "hangout" or "wander around" on the tier. This is considered tier recreation and such is revoked if recreation privileges are revoked.

S/Lt. B. H. Williams Sr.                                          S/Lt S H  Williams L.
**Hearing Officer**                                                   **Signature**

**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**

**INCIDENT REPORT**

PRINT or TYPE

| REPORT # *IR#03-2197* | DATE: *5/13/03* | | PAGE *1* OF *2* |
|---|---|---|---|

**1. FACILITY/SECTION:** *DCC/Service Food* | **2. LOCATION:** *Main Kitchen E-Line outside door* | **3. OCCURRED:** Mo/Day/Yr *Tuesday 5/13/03* Time *Apx 18*

**4. TYPE OF INCIDENT:** *200.202 Sexual misconduct 200.203 Disorderly and/or threatening behavior*

**5. PERSONS INVOLVED:** S-1, S-2 Subject; V-1, V-2 Victim; W-1, W-2, Witness

| CODE | NAME, TITLE or STATUS | UNIT ASSIGNMENT: |
|---|---|---|
| *RP* | *F. Morris FSSII* | *Main Kitchen* |
| *S1* | *Anthony Coffield #190390* | *D-E Bldg* |
| | | |
| | | |
| | | |

**6. INJURIES?** YES ( ) NO (✓) NATURE:

**7. HOSPITALIZED?** YES ( ) NO (✓) WHERE?

**8. EVIDENCE** YES ( ) NO (✓) | DISCOVERED BY: | SECURED BY:
TYPE:

**9. FORCE USED** YES ( ) NO (✓) PHYSICAL ( ) CHEMICAL ( ) STUN DEVICE ( ) OTHER ( )
**RESTRAINTS USED** YES ( ) NO (✓) TYPE:

**10. IMMEDIATE ACTION:** *Passed paperwork to shift commander (inmates pass pulled - suspended inmate pending termination)*

**11. DESCRIPTION OF INCIDENT:**
CODE *RP*
*On the above date and time while RP was standing beside the door, observing the inmates departing the chowhall and entering onto the walkway leading to post 3E. There was a tight meet (flight of space) from RP to the E-side of the doorway. All inmates had passed through the door. I/M Cofield with no problem. When I/M Cofield began to go through the doorway he stepped over to the side close to RP. As I/M Cofield started through the doorway I/M Cofield lifted his left arm and rubbed his forearm against the breast, breast of RP. RP stepped aside and called I/M Cofield by his name twice. I/M Cofield kept walking*

(FOR CONTINUATION USE FORM 404-B)

**12. NOTIFIED/REFERRED TO:** *Shift Commander*

**13. REPORTING PERSON'S NAME & TITLE:** *FSSII S. Morris*

**14. REPORTING PERSON'S SIGNATURE:**

**15. FOLLOW-UP:** YES (✓) NO ( )
COMMENTS: *IAB*

**16. REVIEWER'S NAME & TITLE:** *W. J. McGregor Cpt*

**17. REVIEWER'S SIGNATURE:**

FORM # 404-A
REVISED 5/92

WHITE – SHIFT COMMANDER | YELLOW – INTERNAL AFFAIRS | PINK – REPORT WRITER

CONTINUATION SHEET          FACILITY/SECTION:

REPORT # IR#05-2191     REPORTING PERSON:          PAGE 2  OF 2

CODE

*and LT/OR responded to RP RP returned
into the kitchen I called the officer in C-5
bldg and told him to null I/M Coffields passes dtte.
to volun. Suspended pending further action. RP
doesn't feel comfortable with
being around this inmate due         End of
to his behavior.*                    Report

DCC RECORD OF DISCIPLINARY HEARING

CASE NUMBER
DR- *03-1565*

| SBI NUMBER | COMMITMENT NAME | A/K/A | UNIT | DATE OF HEARING |
|---|---|---|---|---|
| *190392* | *Caffill, Anthony* | | *DCC/DE* | *5-22-03* |

TIME OF HEARING
*1255*

1. Witness
   Name:_____    Witness not Requested [ ]

   Summary of Testimony:_____
   _____
   _____

   NAME:_____

   Summary of Testimony:_____
   _____
   _____

   NAME:_____

   Summary of Testimony:_____
   _____
   _____

2. Counsel or Counsel Substitute:_____    Counsel Not Requested [ ]

   [ ] Approved

   [ ] Disapproved

   Reason:_____
   _____

3. [ ] Copies of written information have been denied to accused inmate. Disclosure of such
       information would be unduly hazardous to institutional safety or would endanger the
       physical safety of an individual because:

   [ ] NO INFORMATION HAS BEEN DENIED DURING THIS HEARING
   _____

   The contents of the protected information can be summarized as follows - to the
   extent this may be done without creating a substantial risk to institutional safety;

   [ ] NO RISK HAS BEEN CREATED
   _____

4. [ ] The accused inmate was not allowed to call a witness on his behalf. Such testimony *must be*
       would be irrelevant, redundant or unduly hazardous to institutional safety: *done at*

   [ ] WITNESS NOT PERMITTED ON MINOR OFFENSES.  WRITTEN STATEMENTS ACCEPTABLE. *prelim hearing*

   [ ] WITNESS PERMITTED (SEE STATEMENT)  [ ] WITNESS NOT REQUESTED

5. [ ] The accused inmate has been denied an opportunity to confront and cross-examine his
       accuser and all adverse witnesses(those who testified against him). Such confrontation
       and cross-examination would be unduly hazardous to institutional safety or would
       endanger the physical safety of the witness because:

   [ ] CONFRONTATIONS NOT PERMITTED ON MINOR OFFENSES. [ ] CONFRONTATIONS PERMITTED(SEE SUMMARY

   [ ] CONFRONTATION NOT REQUESTED

FORM #: 121 (2-part NCR)
       page 1 of 2

**FORM #: 127 (F&B)**
**(2-part NCR)**
**Revised: 5/95**

**NOTICE OF DISCIPLINARY HEARING**
**FOR MINOR/MAJOR OFFENSE**

To be completed by
Hearing Office
DR _____

TO:    Inmate _Coffield, Anthony_ SBI#: _190392_    HOUSING UNIT: _D-E_

1.    You will be scheduled to appear before the Hearing Office to answer charges pending
      against you. (Staff are to explain the charges as listed on the 122.)

2.    At that time, a hearing will be held to determine whether you violated Institutional
      Rule(s) as alleged in the attached Disciplinary Report.
      How do you plead?    [ ] Guilty    [X] Not Guilty

3.    A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed
      shall be restricted to:
      a. Written Reprimand
      b. Loss of one or more privileges for a period of time <u>of more than 24 hours but less</u>
         <u>than 15 days.</u>

4.    A "Major Offense" is a rule violation in which the extent of the sanction to be imposed
      shall be restricted to:
      a. Loss of one or more privileges for a period <u>of more than 15 days but less than</u>
         <u>60 days.</u>
      b. Confinement to assigned quarters for a period of time not to exceed 30 days.
      c. Isolation confinement for a period of time not to exceed 15 days.
      d. Loss of good time for a period of time not to exceed 30 days.
         (Forfeiture of accumulated good time shall be subject to the approval of the
         Commissioner or his designee.)

5.    You have the right in the disciplinary process as stated on the lower and back of this
      page. These have been fully explained to you at the time of this notification.

6.    Counsel requested?    [ ] Yes    [X] No    Name of Counsel: _____

7.    Witness requested?    [ ] Yes    [X] No    Name(s) of Witness: _____

8.    Confront accuser?    [X] Yes    [ ] No    _____
                                                _____

I certify that on _3/14/03_ at _1958_ , I served
                    (date)       (time)

| upon the above inmate this notice of Disciplinary | I have received copies of 122 & 127 and |
| Hearing for Minor/Major Offense and (2) the | understand my rights as Form # 127 has |
| Disciplinary Report is attached hereto. | been read to me. |

_____                         _Anthony Coffield_
(Employee's Signature & Title)                  (Inmate's Signature)

**********************************************************************************

### INMATE RIGHTS IN THE DISCIPLINARY PROCESS

**MINOR OFFENSE**
<u>Right to Remain Silent:</u> If you are charged criminally based upon the same facts giving rise
to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing.
If you choose to remain silent, your silence will not be considered against you at the
Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be
considered against you.

<u>Presence:</u> You have the right to be present at all phases of the hearing, except that you may
be excluded during the Hearing Officer's deliberations and at any time your behavios becomes
disruptive to the proceedings. Reason for such exclusions shall be stated in writing.

WHITE - Shift Commander W/Form 122        YELLOW - Inmate

FORM #: 122 - Revised 7/97
F&B (2-part ncr)

**DISCIPLINARY REPORT**

Incident Report No. IR-_____

Disc. Report No.

**24 HOUR**

| NUMBER | NAME | Inst/Housing Unit | Date of Report |
|---|---|---|---|
| 190392 | COFFIELD, ANTHONY | DCC/D-East | FRIDAY 4-11-03 |

1. Specific Rule Violated (Offense): 200.102 OFFLIMITS
200.108 FAILING TO OBEY

2. Facts:   Date of Offense          Time of Offense          Location of Offense

FRI 4/11/03          approx. 1820          E tier (E4)

At the above date and time, C/O J. OSTERHOUT was conducting a tier check on E-tier, I/M ANTHONY COFFIELD was observed inside cell E-4. He is assigned to cell E16. It is against housing rules for an inmate to be in another inmates cell.

3. Name of Witnesses, if any: N/A

4. Disposition of any evidence involved: N/A

5. Immediate Action Taken: 24 LOAP

[X] Inmate has been advised of this write-up.

x __C/O Jeff Osterhout__
Reporting Officer's Signature

x __C/O Jeff Osterhout__
Reporting Officer's Name & Title

---

To be filled out by Shift Supervisor

Date Report was Received: 4/11/03

Time Report was Received: 1830

Report Received From: C/O Osterhout

Shift Supervisor Determination:

[X] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges (see reverse side) for _____ hours (not to exceed 24 hours):

_____

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

x _____
Shift Supervisor's Signature

x __MICHAEL MCCROMMON    CAPT__
Shift Supervisor's Name & Title

## LOSS OF PRIVILEGES

DATE: _4~11~03_

**LOSS OF PRIVILEGES WERE IMPOSED ON THE BELOW NAMED INMATE:**

NAME: _COFFIELD , ANTHONY_     NUMBER: _190392_

LOCATION: _D-EAST / E-TIER · 14 - B_     BEGINNING: _4/11/03     1825_

ENDING: _4/12/03     1825_

PRIVILEGE(S) LOST: _24 LOAP_

_200.102  OFF LIMITS_

_200.108  FAILING TO OBEY_

---

FORM #: A-25

DISTRIBUTION:

Original (White) to Shift Commander w/122
(Yellow) copy to the Inmate
(Pink) copy in the Unit Office
Revised:  3/93

(NOTE): NCR 3-part

    *    Shift Commander Notified
[    ]  In Person -- Time: _____
[ ✓ ]  Telephonically -- Time: _1825_

_____
Lead Worker

**Memorandum**

**From: Hearing Office**

**Re:** ORDER TO EXECUTE SANCTION for case Number: **DR01-4442**
This **8** day of **April, 2002**, whereas, Inmate **Coffield, Anthony**
Inmate Number **190392** has been guilty of **Failing to Obey an Order and Off Limits.**

[    ] **whereas, said inmate does not want to appeal; or**

[ X ] **Whereas, more than 72 hours have expired since the Disciplinary Hearing was held;**

[    ] **An appeal filed by said inmate has been denied by the Commissioner/his designee.**

Now, Therefore, IT IS ORDERED that the following sanction be executed
**Five (5) days Loss of all Privileges starting on 4/22/02 and ending on 4/26/02.**

**\*Confinement to Quarters - -** An inmate may be confined to his quarters for a period of time not to exceed 30 days only after being found guilty of a MAJOR offense. When confined to quarters, the inmate is prohibited from participating in all activities; i.e., recreation, education, library, counseling, job assignments, religious services, commissary, visits, telephone calls, etc. He is to be confined to his quarters for the entire period designated with the exception that the inmate should be permitted to shower, exercise, and clean his cell on Monday, Wednesday, and Friday.

**\*Loss of Privileges - -** Loss of Privileges may be given for no more than 24-hours by the Shift Commander to correct minor or major violations of the Code of Penal Discipline. Loss of Privileges also may be given by the Hearing Officer for a period of time of more than 24-hours but less than 15 days after being found guilty of a minor offense and less than 60 days after being found guilty of a major offense.

Loss of Privileges is not a confinement to quarters. One or more privileges may be revoked for the time period specified but the inmate may continue to leave his quarters as normal except for the privileges that are taken away. The privilege must be specified if it is less than all privileges.

The term "all privileges" shall refer to: Telephone Calls, Recreation (including tier recreation), Visits, and Commissary.

The following are not considered "privileges" and cannot be revoked for a loss of privileges: Education Classes, Vocational Training Sessions, Counseling Sessions, Alcohol/Drug Rehabilitation Programs, Regular Job Assignments, Religious Services, and Legal Access (Law Library).

During a Loss of Privileges, an inmate is permitted out of his cell to attend the above seven (7) items not classified as privileges. However, the inmate is not permitted to "hangout" or "wander around" on the tier. This is considered tier recreation and such is revoked if recreation privileges are revoked.

Lt. Larry Savage
**Hearing Officer**                                               **Signature**

RECORD OF DISCIPLINARY HEARING

FORM #: 118 Revised: 3/93                                          Short Form

| Number | Commitment Name | Inst/Unit | Case Number |
|---|---|---|---|
| 190392 | Coffield, Anthony | DCC/DEast | DR 017442 |
| | | | Date/Time of Hearing 2/26/02 1055 |

*FTO, OFF Limits*

1. Hearing Officer's Decision:

   [ ✓ ] Guilty    [ ] Not Guilty    [ ] Probation      *not guilty PNDC*

2. Sanction Imposed:    _5_ days LOP  *All*

   _____ days confinement to quarters

   _____ days Probation/Sanction Suspended

   _____ Written Reprimand

3. Stay of Sanction:

   [ ✓ ] Execution will be stayed.        [ ] Execution will not be stayed.
        Case Appealed                          Will Not Appeal

I verify receiving a copy of sanction this date.


_____                    _____
Inmate Signature and Date                    Signature of Hearing Officer

   **3-part NCR**

FORM #: 122 – Revised 7/97                    DISCIPLINARY REPORT
F&B (2-part ncr)

| Incident Report | Disc. Report No. |
|---|---|
| No. IR-01-6699 | DR- 01-4442 |

| NUMBER | NAME | Inst/Housing Unit | Date of Report |
|---|---|---|---|
| 190.392 | Coffield, Anthony | Dcc / D-EAST | Wednesday December 5, 2001 |

1. Specific Rule Violated (Offense): 200.102 OFF/limits, 200.108 Failing to obey,
200.111 Poss. of non dangerous contraband

2. Facts:    Date of Offense        Time of Offense        Location of Offense
                                                                    E-Tier

December 5, 2001    Approx 2035    D-EAST / cell E-16

On the above date and approx. time while conducting cell search's, I/m Cofield was found off limits in cell E-11 and while conducting a cell search in E-16 an altered headset was found along with an altered brush. This is in violation of Dcc housing rules.

E.O.R.

3. Name of Witnesses, if any: __NONE__

4. Disposition of any evidence involved: __Confiscated__

5. Immediate Action Taken: __Written up / Refer to MAB__

[✓] Inmate has been advised of this write-up.

x _____        x __Joseph W. McCella c/o__
Reporting Officer's Signature        Reporting Officer's Name & Title

To be filled out by Shift Supervisor

Date Report was Received: __12/5/01__

Time Report was Received: __2200__

Report Received From: __C/ I mCalla__

Shift Supervisor Determination:

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges (see reverse side) for _____ hours (not to exceed 24 hours):

_____

[✓] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

x __Capt Micheal McCreanor__        x __Capt Micheal McCreanor__
Shift Supervisor's Signature        Shift Supervisor's Name & Title

FORM #: 127 (F&B)   NOTICE OF DISCIPLINARY HEARING  _7R e/ 6599_
(2-part NCR)    FOR MINOR/MAJOR OFFENSE  To be completed by
Revised: 5/95              Hearing Office
                    DR _____

TO: Inmate: _Cofield, Anthony_ SBI#: _190 392_ HOUSING UNIT: _D-EAST_

1. You will be scheduled to appear before the Hearing Office to answer charges pending
  against you. (Staff are to explain the charges as listed on the 122.)

2. At that time, a hearing will be held to determine whether you violated Institutional
  Rule(s) as alleged in the attached Disciplinary Report.
  How do you plead?  [ ] Guilty  [✓] Not Guilty

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed
  shall be restricted to:
  a. Written Reprimand
  b. Loss of one or more privileges for a period of time <u>of more than 24 hours but less
   than 15 days.</u>

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed
  shall be restricted to:
  a. Loss of one or more privileges for a period <u>of more than 15 days but less than
   60 days.</u>
  b. Confinement to assigned quarters for a period of time not to exceed 30 days.
  c. Isolation confinement for a period of time not to exceed 15 days.
  d. Loss of good time for a period of time not to exceed 30 days.
   (Forfeiture of accumulated good time shall be subject to the approval of the
   Commissioner or his designee.)

5. You have the right in the disciplinary process as stated on the lower and back of this
  page. These have been fully explained to you at the time of this notification.

6. Counsel requested? [✓] Yes  [ ] No  Name of Counsel:_____

7. Witness requested? [✓] Yes  [ ] No  Name(s) of Witness:_____

8. Confront accuser? [✓] Yes  [ ] No  _____

I certify that on _12/5/01_ at _2205_, I served  _____
   (date)  (time)
upon the above inmate this notice of Disciplinary  I have received copies of 122 & 127 and
Hearing for Minor/Major Offense and (2) the   understand my rights as Form # 127 has
Disciplinary Report is attached hereto.    been read to me.

_____    _____
(Employee's Signature & Title)     (Inmate's Signature)
********************************************************************************************

### INMATE RIGHTS IN THE DISCIPLINARY PROCESS

**MINOR OFFENSE**
<u>Right to Remain Silent:</u> If you are charged criminally based upon the same facts giving rise
to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing.
If you choose to remain silent, your silence will not be considered against you at the
Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be
considered against you.

<u>Presence:</u> You have the right to be present at all phases of the hearing, except that you may
be excluded during the Hearing Officer's deliberations and at any time your behavior becomes
disruptive to the proceedings. Reason for such exclusions shall be stated in writing.

WHITE - Shift Commander W/Form 122  YELLOW - Inmate

### RECORD OF DISCIPLINARY HEARIN

|  |  |  |  | CASE NUMBER DR-*01 4442* |
|---|---|---|---|---|
| SBI NUMBER | COMMITMENT NAME | A/K/A | UNIT | DATE OF HEARING *2/28/02* |
| *190392* | *Coffield, Anthony* |  | *D-East* | TIME OF HEARING *1055* |

1. **Witness**
   Name:_____     Witness not Requested [ ]

   Summary of Testimony:_____
   _____
   _____
   _____

   NAME:_____

   Summary of Testimony:_____
   _____
   _____
   _____

   NAME:_____

   Summary of Testimony:_____
   _____
   _____

2. Counsel or Counsel Substitute:_____     **Counsel Not Requested [ ]**

   [ ] **Approved**

   [ ] **Disapproved**

   Reason:_____
   _____

3. [ ] Copies of written information have been denied to accused inmate. Disclosure of such information would be unduly hazardous to institutional safety or would endanger the physical safety of an individual because:

   [✓] **NO INFORMATION HAS BEEN DENIED DURING THIS HEARING**
   _____

   The contents of the protected information can be summarized as follows - to the extent this may be done without creating a substantial risk to institutional safety;

   [✓] **NO RISK HAS BEEN CREATED**
   _____

4. [ ] The accused inmate was not allowed to call a witness on his behalf. Such testimony would be irrelevant, redundant or unduly hazardous to institutional safety:

   [✓] **WITNESS NOT PERMITTED ON MINOR OFFENSES.  WRITTEN STATEMENTS ACCEPTABLE.**

   [ ] **WITNESS PERMITTED (SEE STATEMENT)   [ ] WITNESS NOT REQUESTED**

5. [ ] The accused inmate has been denied an opportunity to confront and cross-examine his accuser and all adverse witnesses(those who testified against him). Such confrontation and cross-examination would be unduly hazardous to institutional safety or would endanger the physical safety of the witness because:

   [✓] **CONFRONTATIONS NOT PERMITTED ON MINOR OFFENSES. [ ] CONFRONTATIONS PERMITTED(SEE SUMMARY**

   [ ] **CONFRONTATION NOT REQUESTED**

FORM #: 121 (2-part NCR)
   page 1 of 2

page 2 of 2