In The United States District Court
For the District of Delaware

)
James Hall,        )
    Plaintiff    )
                   )
v.                 )   C.A. # 04-1328-GMS
                   )
David Holman, Deputy Warden )   Jury Trial of Twelve
Lawrence McGuigan and )       Demanded
Clyde Sagers      )
    Defendants.    )

FILED 2005 DEC 20 PM 3:59 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

## Motion for Appointment of Counsel

Come now the Plaintiff James Hall, pro-se and moves this Honorable Court for Appointment of Counsel, to represent Plaintiff.

In support of this motion Plaintiff states that the following is true and correct, to the best of his knowledge and belief:

1) Plaintiff is incarcerated

2) Plaintiff is unskilled in law.

3) The administration at the Delaware Correctional Center where the Plaintiff Plaintiff is held limits the day's and times that plaintiff is allowed access to the Law Library

4) Knowing that there will be testimony from witnesses, and expert testimony, which will put the pro-se litigant at a considerable disadvantage

5) Appointment of Counsel would serve "The best interests of Justice" in this case

Wherefore, Plaintiff pray this Honorable Court appoint counsel to present the Plaintiff

12-15-05

DAH

James Hall
Delaware Correctional Center
Smyrna DE 19977

## Certificate of Service

I, _James Hall_, hereby certify that I have served a true and correct cop(ies) of the attached: _(2) Motion to Appoint Counsel_ upon the following parties/person (s):

TO: _Mrs Lisa Barchi_
_820 N. French Street, 6th floor_
_Wilmington DE 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _15_ day of _December_, 2005

_James Hall_



James Hall, pro Se   W-C-9
Delaware Correctional Center
1181 Paddock Rd Smyrna Del
19977

Clerk of the Court
United States District Court
844 N. King Street, Lockerbox 18
Wilmington, Del 19801

