In The United States District Court
For the District of Delaware

|  |  |
|---|---|
| James Hall, <br> Plaintiff, <br><br> v. <br><br> David Holman, Lawrence McGuigan and Deputy Warden Clyde D. Sagers <br> Defendants. | C.A. No: 04-1328-GMS <br><br> Jury Trial of Twelve Demanded |

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 DEC 20 PM 3: 45

## Motion to Strike, And or opposition to Defendants' Motion to Stay Discovery.

Pursuant to the Appropriate F.R.C.P. And all other Authorities, plaintiff seeks pleading leniency under Hains v Kerner, 404 U.S. 519 (1972). As a prose incarcerated litigant and friend of the court.

## Argument

1. Defendant's Counsel wrote to plaintiff with a "non-conforming" letter. Seeking protection from the plaintiff's Discovery Request. The Plaintiff Responded with an objection. Demonstrating the Relevant Discovery sought goes to the Claims and Defenses in plaintiff pending litigation.

2. To date the Court has not entertained the defendant "non conforming" letter.

3. Defendant's abandoned their letter to incorporate by Reference. This formal Request to stay plaintiff Discovery until the Honorable Court Rule on their Motion to Dismiss the instant Request is belated.

4. It's written on the face of the Docket (Plaintiff's Request for Admission) The Defendant's had (30) day to comply with Plaintiff Discovery Request. This time has elapsed and the Rule is clear.

5. Fed. R. Civ. P. 36(a) That if a Request for admission is not Timely Answered, The Matter is deemed admitted.

6. Plaintiff Assume's that Defendant Counsel are aware of this fact. And that Defendant bear the Results of their decision not to deny plaintiff's Admission in a timely Manner.

## Conclusion

The plaintiff has based his defences and preparation for outher motions in this Litigation process on defendant's resists of not timely Responding to his Request for Admission. This Honorable Court should Deny Defendant Motion to stay Discovery And order them to commence to plaintiff Discovery Request or make outher order As is Just.

Wherfore, plaintiff pray this Honorable Court order Discovery to be had or make outher order As is Just

James Hall, does hereby swear and certify under penalty of perjury that the instant opposition to Defendant Motion to stay Discovery is Lawful, not improperly motivated, And not unreasonably burdensom or exspensive

_____
James Hall
1181 Paddock Rd
Smyrna, Del 19977

12-15-05
_____
Date

## CERTIFICATE OF SERVICE

I, JAMES HALL, hereby certify that I have served a true and correct cop(ies) of the attached: (2) Motion to Strike or opposition to Defendants Motion to Stay Discovery upon the following parties/person(s):

TO: Ms Lisa Barchi
820 N. French St, 6th floor
Wilmington, De 19801

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977,

On this 15 day of December, 2005.

James Hall

James Nally, pro se    W-L-9
Delaware Correctional Center
1181 Paddock Rd, Smyrna, Del
19977

Clerk of the Court
United States District Court
844 N. King Street, Locker box 18
Wilmington, Del 19801

