# EXHIBIT C

About punishment

Declaration under penalty of perjury of Charles Daley, 472644, being competent to write this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. §1286.

1. I was James's next door neighbor at the time of the incident. I heard him and his celly get into another of their many arguments around 11:00AM one morning. This argument was different because James's celly started to threaten him with violence. I did hear a fight begin and after a few minutes the doors opened for lunch. James's celly then came out of the cell and started a bigger fight that was muslim's verses non-muslim's. Guys had mop ringers and brooms, the police eventually saw what was going on after a good five minutes of fighting. They took all muslims to the SHU and the incident was over.

9-29-05

Declaration order penalty of perjury of Ulyses S. Davis Jr, 00229889, being competent to make this declaration and having personal knowledge of the matter stated therein, declares pursuant to 28 U.S.C §1746.

1. I became friendly with Mr. James Hall after playing a few games of chess with him and leading up to the day he got into a fight with his cell mate we talked about how his cell mate kept trying too make Mr. Hall fight him and as we talked about what he could do about the matter I said he should use the chain of command to be moved out of the cell because his hand was hurt and he did so but they would not move him and in June he got into a fight with his cell mate and his tooth was knocked out and a few other guys tried too jump on him and his cell mate punched another inmate in the face as well before his cell mate was put in the SHU.

Ulyses S. Davis Jr

Declaration under Penalty of Perjing

#277704

Glen Smith , being Competent to make This Declaration and having personal knowledge of the matters stated therin, declares persaunt To 28 U.S.C. § 1746

~~4~~) On the day the fight happen Jimmy was angry + upset at his cellmate He stated that he was being givin a lot of hassle + problems at lunch time that day. Jimmy was atteked by his cellmate. I herd the fight + witnessed the end and herd the cellmate say yea I got that faggit.

Persuant to 28 U.S.C. § 1746 I declare under penalty of perjury That the foregoing is True and Correct Executed on 9/30/05

Declaration under penalty of perjury of James Hall, 00167581, being Competent to make this declaration and Having personal knowledge of the matter Stated therein, declares pursuant to 28 U.S.C. § 1746:

On 3-30-04 My Cellie Anthony Coffield was Taunting me. And eventually physical Assaulted me (by Pointing his finger into my forhead In a Aggressive manner in Anger inmate Coffield was intimidating me. Trying To get me to Fight him. once he even spit in my face The door open and I went Straight to the tier officer, in compliance with the Rule (Ie Chain of Command) Affiant was directed by C/o witsen to go talk to (MHU) Sgt Sullavan and Asked to be Moved because of the Confrontation that Just occured Affiant was told by Sgt Sullavan T is, if life or death, ini Keeping it Real you have to fight or Sigh on. ID- Command Exhibit

Declaration under penalty of perjury of
James Hall, 00167551, Being competent to make this
declaration and having personal knowledge of the matters
stated Therein, declares pursuant To 28 U.S.C. § 1746.

Affiant Assert's the Following:

On 6-6-04 I was viciently Attacked by Anthony Coffield And
Other Member's of a Collective Group (I.e. Meslims) After the Attack
Affiant And another Inmate was Escorted out of MHU B-Tier into A
Corridor where Affiant was questioned by Lt. Boon in Regards to the Incident
That dist Taken Place. Affiant Confronted Lt. Boon About matters forwarded
To him from Clyde D. Sagers in Regard to the previously well documented
Threats on Affiant person. [Lt. Boon stated I needed ya'll to fight in order to
Move Affiants Aggressor"]. Moment before this Admission Affiant "In Discuss"
explained to Lt. Boon That. I wrote Major Holman And All ya'll Telling
ya'll that my Cellie was Threatening Bodily harm to me everyday And now
I'm Standing Here Bleeding And he knocked my Damn tooth out and all
his muslim boy's Jumped me And my friend help get them off me
if ya'll would have Moved me Cike I Asked ya'll Too none of
This (choosen words). Would of Happened. There was Two
other Officer's Present During this interview on officer's Name I Sat
Abernathy other officer Name Unknown At this time

James Hall                    12-5-05



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
## OFFICE OF THE DEPUTY WARDEN
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

Clyde D. Sagers

## MEMORANDUM

TO:        IM James Hall
           SBI# 167581
           MHU 23 BL10B

FROM:      Clyde D. Sagers
           Acting Deputy Warden I

DATE:      May 17, 2004

RE:        Letter

I have received your letter in reference to your cellmate. I have forwarded your letter to Lieutenant Boone for his investigation.

LAM/dc

Attachment

cc:    Lt. Boone
       Inmate File