In the United States District Court
For the District of Delaware

James Hall
    Plaintiff

v.

C.A. No: 04-1328-GMS
Jury Trial of Twelve Demanded

David Holman, Deputy Warden
Lawrence McGuigan and Clyde
Sagers
    Defendants.

FILED
DEC 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion To Amend/Correct Deficiencies In Plaintiff's Reply To State Defendants, 12(B)(6)/Summary Judgment, Pursuant To The Appropriate Court Rule or Case Authority

Comes Now, Plaintiff James Hall, Requests Leave To Amend/Correct deficiencies in his recently filed Reply to Defendant Motion To Dismiss Pursuant To Rule 12(B)(6), And offers the court the following in support:

1). First, Plaintiff is a pro-se Litigant and a friend of the Court who has filed a meritorious complaint and has been granted informa pauperis status; he request pleading leniency pursuant to *Haines v Kerner*

2). Plaintiff filed his Reply on or About December 15, 2005 however, said Reply was not Actually due until, on or about December 26, 2005

3). Defendants will not be prejudiced if the Court grants the instant Request, because they have not Responded as of yet and have adequate time to do so. And it is Appropriate in the interests of Justice and fairness for the Court to Consider these facts along with plaintiff Reply and for Defendants to Answer their indefensible and Reprehensible Actions.

4). Defendants filed in Combination a 12(b)(6)/Summary Judgment (i.e. a potentially dispositive motion) in an Attempt to dispose of Plaintiff's meritorious Suit at the Complaint stage. Defendants Also Requested protection from Plaintiff's properly filed and necessary discovery Motion Until after the Court decides their potentially dispositive motion.

5). It Appears by analogy - that Defendants like a Heavyweight Boxing champ who maintains his champion Rank by only fighting deaf, dumb, and blind challengers, because Defendants here would Prohibit discovery to plaintiff who claims that Discovery is necessary to prove his Claims, however in Defendants' possession - and incredibly misuse some of the same discovery (e.g. Medical Dental Records of the plaintiff) against plaintiff, in there arguably dispositive Motion. Defendants Cannot simply bar plaintiff's necessary discovery until after the dispositive motions are decided, however, Defendants wish to disadvantage plaintiff but create every unfair advantage for themselves, however the Battle fields of Justice Requires a level playing field.

6). The intrest of Justice and fairness require that Defendants who chose to use discovery materials within their potentionally dispostive motions, waive their Bad/faith motion for protection from discovery and bear the Burden and consequences of their dispicable behavior; and or the Court may strike any and all impropaly and unfair discovery materials that Defendants employed in their Motion to Dismiss

Wherefor, plaintiff pray this Honorable Court, Strike Down the Exhibits Defendant employed in their Motion To Dismiss/Summary Judment in the intrest of fairness. and Justice

_____
James Hall pro, Se
1181 Paddock Rd
Delaware Correctional Center

December 20, 2005,
Date

# Certificate of Service

I, __James Hall__, hereby certify that I have served a true and correct cop(ies) of the attached: __(2) Correction of Defendant Motion to Amend__ upon the following parties/person (s):

TO: __Lisa Barchi__
__820 N. French Street 6th Floor__
__Wilmington Del 19801-3509__

TO: ____

TO: ____

TO: ____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __20__ day of __December__, 200__5__

__[signature: James Hall]__



I/M James Hall  pro.se
SBI# 167581    UNIT W-C-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Office of the Clerk
844 N. King Street Locker 18
Wilmington Delaware 19801-3570

Legal
Mail