**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**



**CARL C. DANBERG**
Attorney General

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

New Castle County

January 4, 2006

The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *James Hall v. David Holman, et al.,*
C.A. No. 04-1328

Dear Judge Sleet:

Defendants have received Plaintiff's renewed Motion for Appointment of Counsel (D.I. 29), on December 22, 2005. The circumstances in this case have not changed in the three weeks since November 29, 2005, when Your Honor issued an order denying Plaintiff's Motion to Appoint Counsel. (D.I. 24). Defendants renew their opposition to Plaintiff's renewed motion for the same reasons stated in their original response (D.I. 21). Plaintiff's current motion makes no new arguments for the appointment of counsel, in addition to being untimely filed only three weeks after Your Honor denied his first motion.

Should Your Honor have any questions or concerns, Counsel is available at Your Honor's convenience.

Respectfully Submitted,

/s/ Lisa Barchi

Lisa Barchi
Deputy Attorney General

Xc: James Hall