FORM # 908     ASSIFICATION DECISION PAGE

Name: James Hall          SBI#: 167581

Risk Assessment Scale:
| Community/Minimum | Minimum | Medium | Maximum |
|---|---|---|---|
| -2 to 04 | 05 - 08 | 09 – 16 | 17 or more |

11

Override: ☐ Yes   ☒ No   If yes, briefly specify reason: _____

| | Present | ICB or MDT Recommendation | IBCC Recommendation/ Decision | CICB Recommendation/ Decision | IRCB Decision |
|---|---|---|---|---|---|
| Security | Med | Med H/C | | App'd | |
| Housing | C | | | | |
| Job | | | | | |
| Education | | | | | |
| Therapy | | TFC, PR, RP | | App'd | |
| Other | | Stress, MH | | App'd | |
| Other | | | | | |
| Next Review Date | | Month 7 / Year 04 | Month / Year | Month 07 / Year 04 | |

MDT or ICB MEMBERS PRESENT: Jayne Jackson / LT Porter
MDT or ICB CHAIRPERSON: Lt R Porter
Vote: 2-0   Abstention:   Date: 1/22/04

MDT or ICB COMMENTS: Med H/C appears appropriate due to RA score. He did not want to discuss anything except his remaining.

IBCC CHAIRPERSON: ____   Date: ____   Vote: ___ Abstention: ___
Override (include justification in comments) ___ Comments: ___

CICB CHAIRPERSON: T. Lewis   Date: 01/28/04   Vote: 5-0   Abstention:
Override (include justification in comments) ___ Comments: ___

IRCB CHAIRPERSON: ___   Date: ___   Approved: ___ Disapproved: ___
Override (include justification in comments) ___ Comments: ___