| Incident# | DCC Delaware Correctional Center | Date: 01/06/2006 |
|---|---|---|
| 1013945 | Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | |

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 07/21/2004 | Time: 21:30 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC Delaware Correctional Center  
**Followup Required:** No  
**Incident Location:** Bldg. 23 B Tier  
**Location Description:**  
**Violated Conditions:**  
**Description of Incident:**

On the stated date and time I, Lt. Alsia Profaci, received a letter from I.M. John Bolton requesting protective custody. I removed I.M. from the tier and questioned him. At chow time he had received a 24 hr. LOAP for talking. He said he was then threatened by I.M. Gregory Summers. I.M. Bolton would not be able to go to commissary and would not be able to pay off his "debts". I.M> Bolton claims that I.M. Summers told him that if he didn't get paid back he was going to fuck him up. I.M. Bolton also claims that I.M. James Hall threatened him but would not be specific. I interviewed both I.M. Summers and I.M. Hall and both stated that I.M. Bolton did owe them commissary (about $4 for Hall and a soup for Summers) but neither had threatened him. Both claim he owes a lot of people on the tier. I.M> Bolton was removed form the tier and his property inventoried for transfer to Protective Custody.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** Letter  **Date Collected:** N/A  
**Discovered By:** Lt. Profaci   **Secured By:** Shift Commander

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE  
**Restraints Used:** N/A  
**Immediate Action Taken:**  
I.M. removed from the tier and transferred to p/c

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Alisa, Profaci | N/A | Staff Lt./Lt |
| Inmate | John, Bolton T | 00194456 | N/A |

**Reporting Officer:** Profaci, Alisa (Staff Lt./Lt)   **Entered By:** Profaci, Alisa (Staff Lt./Lt)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 07/21/2004  **Approved by:** Taylor, Ramon (Staff Lt./Lt)  
**Comments:** N/A

Page 1 of 1