# EXHIBIT C

To: Mrs. Holman
In House mail

From James Hall
MHU 23 B-6-V0
00167581

Urgent !!!

RECEIVED
FEB 27 2004
SECURITY

RECEIVED
FEB 27 2004
SECURITY

To: MAJ, Holman Dear Sir/Mrs my Name is James Hall Previously on 2-24-04 I submitted a Request To be Relocated To another cell Because my cellie and I are constantly Bickering & arguing my hand is broken and I'm suppose To go To a outside Doctor To have my hand Fixed I'm in no position To defend myself properly and The only way To Relinquish This Problem Is To move me to another cell I've tried to talk it out with anthony coffield I've went To Tier officer and was told To confied in you sir or Mrs I ask that you move Towards This matter A.S.A.P Thank you

Sincerly yours
James Hall
00167581 MHU 25 B-L-10

(he is miserable /out room off sin
(knew eachother from street)
(wants same tier (diff cell) helped lawsuit Glenn Hall