# EXHIBIT D

To: Deputy Warden: McGuigan

**RECEIVED**
APR 0 2 2004
DCC DEPUTY WARDEN 1

Exhibit B

James Hall, 00167581
Bldg 23 MHU B-L-10

Dear Sir previously I've submitted a letter to Maj. Holmon stating I'm having problems and comfrontation from my cell mate Anthony Coffield who is a problem inmate on 2-18-04 it was comfirmed that I have a Frature of 5th metacarpal that required consultation from an outside Doctor as of since 1-22 I've been back here dealing with this handy cap witch limits the ability for me to protect myself from attack I've made it clear to maj. Holmon his investigation to my allgations should prove to be true on Feb 27, 04 an prompt acknowledgment of this letter in regard to your review on this matter Dated March. 9. 2004

Date 3-30-04

Respectfully Requesting
Consultation

James Hall  00167581
Bldg 23 B-L-10