To: Mr. Peter T. Dalleo, Clerk
United States District Court
844 King Street, Lockerbox 18
Wilmington, De 19801

From: James Hall, prose,
1181 Paddock RD. Smyrna Del
19977. W-C-q #167581

Date: May 10, 06

RE: Relocation,

Dear sir Department of corrections has flowed all my remaining time down to level d IV, if you are in reciept of this letter i'm in The Violation of probation V.O.P. building either At D.C.C. or Georgetown, (D.C.C Near Smyrna) my home address is 75 Rubeon May Dr. Felton, De 19943.



I/M James Hall
SBI# 162581 UNIT W-C-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
10 MAY 2006 PM 3 L

Clerk of the court
United states District court
844 N. King street, lockerbox
18 Wilmington Del
19801