IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES HALL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1328 GMS |
| | ) | |
| DAVID HOLMAN, LAWRENCE, | ) | |
| MCGUIGAN, and DEPUTY WARDEN | ) | |
| CLYDE D. SAGERS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, on October 4, 2004, James Hall ("Hall") filed this *pro se* civil rights action pursuant to 42 U.S.C. §1983, against David Holman ("Holman"), Security Superintendent, Lawrence McGugan [sic] ("McGugan"), Deputy Warden, and Clyde D. Sagers ("Sagers"), acting Deputy Warden (collectively, the "defendants");

WHEREAS, on December 8, 2005, the defendants filed a motion to dismiss, or in the alternative for summary judgment (D.I. 27);

WHEREAS, on December 20, 2005, Hall filed an answering brief (D.I. 31) in opposition to the defendants' motion;

WHEREAS, on December 22, 2005, Hall filed a motion to amend/correct deficiencies in his answering brief to the defendants' motion (D.I. 34);

WHEREAS, pursuant to District of Delaware Local Rule 7.1.2.(a)(1995), an answer brief to Hall's motion to amend was due on January 9, 2006;

WHEREAS, as of the date of this Order, the defendants have not filed an answer brief opposing Hall's motion; and

WHEREAS, the court concludes that granting Hall's motion to amend is in the interest of justice and will result in no prejudice to the defendants;

IT IS HEREBY ORDERED that:

1. The plaintiff's Motion to Amend/Correct Deficiencies in Plaintiff's Reply (D.I. 34) is GRANTED.

Dated: May 30, 2006

UNITED STATES DISTRICT JUDGE