To: Mr. Peter T. Dalleo
844 N. King Street Lockerbox 18
Wilmington Del 19801

From: James Hall pro se, Sgt 162581
Currently of: 1181 Paddock Rd Smyrna
Delaware 19977. D.O.C.

FILED
2006 JUL 14 PM 2:59
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Re: 04-1328-GMS David Holman Et Al. v James Hall, 05-0297-GMS First Correctional Medical Inc. Et Al. v James Hall, Dear sir can you please, forward any, orders and a docket sheet in regard to the above C.A. No# I'm currently indigent. The next time my inmate account reflect funds I will forward the appropriate amount for the current cost letter, I Humbley request a prompt acknowledgement in this matter please.

Date: 7/11/06

Sincerely yours
James Hall
James Hall
1181 Paddock Rd Smyrna Del
19977

$00.39⁰ JUL 12 2006
MAILED FROM ZIPCODE 19977

I/M James Hall
SBI# 167551   UNIT Bld B-90
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

Mr. Peter T. Dalleo Clerk of the Court
United States District Court E 844
North King Street Lockerbox 18
Wilmington DE 19801