To: Mr. Peter G. Dalleo
844 N. King St Lockerbox 18
Wilmington Del 19805

From: James Hall, pro se
6269 Oxon Hill Rd Apt B-1
Oxon Hill MD 20745-3079

RE: Address change / CA # 04-1328-GMS, 05-0297-GMS

Dear Sir this letter is in Regards to the above CA# and address change. I No longer Reside at 1181 Paddock Rd as previously stated. I Humble Request the previous order's in the above caption cases be Forwarded to my new address and please act on this letter at your most earliest convenience a prompt acknowledgement of this letter will be Highly appreciated

Sincerely yours

James Hall
James Hall, pro se
6269 Oxon Hill Rd
Apt B-1 Oxon Hill MD
20745-3079

Date 7-25-06



FILED
JUL 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

James Hall, pro se
6269 Oxon Hill Rd
Apt B-1 Oxon Hill MD
20745-3079

To: Mr. Peter t. Dalleo
Office of the Clerk
United States District Court
844 N. King St Lockerbox 18
Wilmington Delaware 19