## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1328-GMS |
| | ) | |
| DAVID HOLMAN, Deputy Warden | ) | |
| LAWRENCE MEGUIGAN, and | ) | |
| Acting Deputy Warden Clyde Sagers | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Stacey Xarhoulakos on behalf of Defendants David Holman, Lawrence Meguigan and Clyde Sagers. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Stacey Xarhoulakos
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        stacey.xarhoulakos@state.de.us

Dated: October 23, 2006

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 23, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on October 23, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant:

    James Hall
    SBI # 167581
    6269 Oxon Hill Road
    Apt B-1
    Oxon Hill, MD 20745-3079

                                        /s/ Stacey Xarhoulakos
                                        Deputy Attorney General
                                        Department of Justice
                                        820 N. French Street, 6th floor
                                        Wilmington, DE 19801
                                        (302) 577-8400
                                        stacey.xarhoulakos@state.de.us