## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.04-1328-JJF |
| | ) |
| DAVID HOLMAN, Deputy Warden, | ) |
| LAWRENCE McGUIGAN, and | ) |
| Acting Deputy Warden Clyde Sagers | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Lisa Barchi, Esquire, hereby certify that on this 5th day of January, 2007, two copies of the foregoing DEFENDANTS' RESPONSE TO PLAINTIFF'S INTERROGATORIES and this NOTICE OF SERVICE were caused to be served upon the following in the manner indicated:

BY: United States Mail

James Hall
10904 Hidden Creek Court
Ft. Washington, MD 20744

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Dated: January 5, 2007