**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1328-JJF |
| | ) |
| DAVID HOLMAN, Deputy Warden | ) |
| LAWRENCE McGUIGAN, and | ) |
| Acting Deputy Warden Clyde Sagers | ) |
| | ) |
| Defendants. | ) |

*VERIFICATION AS TO ANSWERS:*

I, Clyde Sagers, have reviewed the attached answers to the interrogatories

propounded by Plaintiff and I hereby verify that to the best of my knowledge,

information and belief, the statements of fact made therein are true and correct.  I declare

under penalty of perjury that the forgoing is true and correct.


_____
Clyde Sagers


Dated: 10/28/06