IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES HALL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   C.A. No.04-1328-JJF |
| | ) |
| DAVID HOLMAN, Deputy Warden, | ) |
| LAWRENCE McGUIGAN, and | ) |
| Acting Deputy Warden Clyde Sagers | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF SERVICE

    I, Lisa Barchi, Esquire, hereby certify that on this 5th day of January, 2007, two copies of the foregoing DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS and PAPER DOCUMENTS, along with this NOTICE OF SERVICE were caused to be served upon the following in the manner indicated:

BY: United States Mail

James Hall
10904 Hidden Creek Court
Ft. Washington, MD  20744

                                                    STATE OF DELAWARE
                                                    DEPARTMENT OF JUSTICE

                                                    /s/ Lisa Barchi
                                                    Deputy Attorney General
                                                    Department of Justice
                                                    820 N. French Street, 6th floor
                                                    Wilmington, DE 19801
                                                    (302) 577-8400
                                                    lisa.barchi@state.de.us

Dated: January 5, 2007