IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.04-1328-JJF |
| | ) |
| DAVID HOLMAN, Deputy Warden, | ) |
| LAWRENCE McGUIGAN, and | ) |
| Acting Deputy Warden Clyde Sagers | ) |
| | ) |
| Defendants. | ) |

# PAPER DOCUMENTS HAND DELIVERED TO DISTRICT COURT