## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 04-1328-JJF |
| | ) |
| DAVID HOLMAN, Deputy Warden | ) |
| LAWRENCE McGUIGAN, and | ) |
| Acting Deputy Warden Clyde Sagers | ) |
| | ) |
| Defendants. | ) |

### SUGGESTION OF DEATH UPON THE RECORD
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25

COMES NOW, the undersigned counsel and suggests upon the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of defendant Lawrence McGuigan on September 8, 2006 during the pendency of this action. A redacted copy of Deputy Warden McGuigan's death certificate is attached hereto.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Lisa Barchi*
Lisa Barchi, I.D. # 3927
Deputy Attorney General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
Attorney for Defendants

Dated: January 9, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2007, I electronically filed a *Suggestion of DeathUpon the Record Pursuant toFederal Rule of Civil Procedure 25* with the Clerk of Court using CM/ECF.  I hereby certify that on January 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

James Hall
10904 Hidden Creek Ct.
Ft. Washington, MD 20744

/s/ Lisa Barchi
Lisa Barchi  # 3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
lisa.barchi@state.de.us