# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE 19947
(302) 856-5352
Fax: (302) 856-5369
TTY: (302) 856-2500

PLEASE REPLY TO:

January 10, 2007

[New Castle County-Civil Division]

James Hall
10904 Hidden Creek Court
Ft. Washington, MD 20744

Re:   *James Hall v. David Holman, et al.*
      *C.A. No. 04-1328-GMS*

Dear Mr. Hall:

Enclosed please find the signature page signed by Major David Holman. This page was left off of the Defendants' Answers to Plaintiff's Interrogatories (D.I. 48).

Sincerely,

Lisa Barchi
Deputy Attorney General

Enclosure