IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1328-JJF |
| ) | |
| DAVID HOLMAN, Deputy Warden ) | |
| LAWRENCE McGUIGAN, and ) | |
| Acting Deputy Warden Clyde Sagers ) | |
| ) | |
| Defendants. ) | |

*VERIFICATION AS TO ANSWERS:*

I, David Holman, have reviewed the attached answers to the interrogatories propounded by Plaintiff and I hereby verify that to the best of my knowledge, information and belief, the statements of fact made therein are true and correct. I declare under penalty of perjury that the forgoing is true and correct.

David Holman