**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:** New Castle County

February 2, 2007

Clerk of Court
United States District Court
For the District of Delaware
844 N. King Street
Wilmington, DE 19801

          **Re:  James Hall v. Holman**
               C.A. No. 04-1328-GMS

Dear Clerk of Court:

      Defendants filed responses to Plaintiff's requests for discovery along with other documents between January 5, 2007 and January 9, 2007. (D.I. 47-52).  The documents were sent to the plaintiff at 10904 Hidden Creek Ct, Ft. Washington, MD, 20744, the address currently at the top of the docket.  None of the item was returned by the post office.  However, in preparing to send another document it was discovered that the most recent address Plaintiff provided to the Court is 6269 Oxon Hill Road, Apt. B-1, Oxon Hill, MD 20745. (D.I. 42).

      Defendants will re-send the responses to discovery to the Oxon Hill address.  Defendants request that the address on the docket be changed to reflect the Oxon Hill address provided by Plaintiff in D.I. 42.  Thank you.

                                                Very truly yours,

                                                */s/Lisa Barchi*
                                                Deputy Attorney General

Xc:  James Hall at
      Oxon Hill, MD and
      Ft. Washington, MD.