# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.04-1328-JJF |
| | ) | |
| DAVID HOLMAN, Deputy Warden, | ) | |
| LAWRENCE McGUIGAN, and | ) | |
| Acting Deputy Warden Clyde Sagers | ) | |
| | ) | |
| Defendants. | ) | |

## <u>RE-NOTICE OF SERVICE</u>

I, Lisa Barchi, Esquire, hereby certify that on this 5th day of February, 2007, two copies

of the foregoing *DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR DISCOVERY*

and this *RE-NOTICE OF SERVI*CE were caused to be served upon the following in the manner

indicated:

BY: United States Mail

James Hall
6269 Oxon Hill Road
Apt. B-1
Oxon Hill, MD 20745

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

<u>/s/ Lisa Barchi</u>
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Dated: February 5, 2007