

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

February 28, 2007

[New Castle County-Civil Division]

James Hall
6269 Oxon Hill Rd.
Apt. B-1
Oxon Hill, MD 20745

RE:  *Hall v. Homan, et al.*
     04-1328

Dear Mr. Hall:

I represent the state defendants in the above-captioned matter. The state defendants seek to take your deposition pursuant to Rule 26 of the Federal Rules of Civil Procedure. The Court's scheduling order provides that fact discovery is to be completed by March 21, 2007 (D.I. 37). To that end, I would like to schedule the deposition prior to that date. Upon receipt of this letter, please contact me, using the contact information I provided below, so that we may discuss available dates for the deposition.

Sincerely,

S. [signature]

Stacey Xarhoulakos
Deputy Attorney General
820 North French St.
6th Floor
Wilmington, DE 19801
(302) 577-8400