

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

March 15, 2007

James Hall
6269 Oxon Hill Rd.
Apt. B-1
Oxon Hill, MD 20745

> **RE:    *Hall v. Homan, et al.***
> ***04-1328***

Dear Mr. Hall:

This is my second attempt to communicate with you regarding discovery in the above-captioned matter. The defendants seek to take your deposition pursuant to Rule 26 of the Federal Rules of Civil Procedure. Upon receipt of this letter, please contact me so that we may discuss available dates for the deposition.

On February 2, 2007, the defendants served discovery requests on you. Responses to the requests were due by March 2, 2007. To date, defendants have not received your responses. Please respond to the discovery requests within 10 days of receipt of this letter. If a response is not received, I feel it will be necessary to file a motion with the Court compelling your response and requesting sanctions.

I can be contacted by telephone or mail at the address and telephone numbers listed below. Thank you for your cooperation.

Sincerely,

Stacey Xarhoulakos
Deputy Attorney General
820 North French St.
6th Floor
Wilmington, DE 19801
(302) 577-8400