

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

March 21, 2007

James Hall
10904 Hidden Creek Court
Ft. Washington, MD 20744

      **RE:**   *Hall v. Homan, et al.*
              *04-1328*

Dear Mr. Hall:

     Enclosed please find two letters recently sent to you. It is not clear from the Court docket what your mailing address is. The last address you provided to the Court was 6269 Oxon Hill Rd., Oxon Hill, MD 20745 and that is where the discovery requests and previous two letters were sent. Please contact me at the address listed below to discuss discovery and deposition dates. Also, please clarify your current mailing address with the Court.

                    Sincerely,

                    Stacey Xarhoulakos
                    Deputy Attorney General
                    820 North French St.
                    6th Floor
                    Wilmington, DE 19801
                    (302) 577-8400

Enclosures