IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES HALL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1328-GMS |
| | ) | |
| DAVID HOLMAN, Deputy Warden | ) | |
| LAWRENCE MEGUIGAN, and | ) | |
| Acting Deputy Warden Clyde Sagers | ) | |
| | ) | |
|     Defendants. | ) | |

**NOTICE OF DEPOSITION**

To:    James Hall
        6269 Oxon Hill Road    *and*
        Apt B-1    10904 Hidden Creek Court
        Oxon Hill, MD 20745-3079    Ft. Washington, MD 20744

    PLEASE TAKE NOTICE that, counsel for the defendants in the matter will take the deposition of the individual identified below at the date and time indicated at the Delaware Department of Justice, 820 N. French Street, 6th Floor, Wilmington, DE 19801:

    James Hall    April 17, 2007    9 a.m.

    The deposition shall be transcribed by a professional court reporter.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Stacey Xarhoulakos
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        stacey.xarhoulakos@state.de.us

Dated: April 3, 2007

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 3, 2007, I electronically filed the *Notice of Deposition* with the Clerk of Court using CM/ECF.  I hereby certify that on April 3, 2007, I have mailed by United States Postal Service, **certified mail**, the document to the following non-registered participant at the following two addresses:

  James Hall
  6269 Oxon Hill Road
  Apt B-1
  Oxon Hill, MD 20745-3079

    *and*

  10904 Hidden Creek Court
  Ft. Washington, MD 20744

              /s/ Stacey Xarhoulakos
              Deputy Attorney General
              Department of Justice
              820 N. French Street, 6th floor
              Wilmington, DE 19801
              (302) 577-8400
              stacey.xarhoulakos@state.de.us