IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1328-GMS |
| | ) | |
| DAVID HOLMAN, Deputy Warden | ) | |
| LAWRENCE McGUIGAN, and | ) | |
| CLYDE SAGERS | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW
REPRESENTATION OF STATE DEFENDANTS**

COMES NOW the undersigned counsel and respectfully requests that this Honorable Court enter an order, substantially in the form attached hereto, withdrawing her entry of appearance and answer on behalf of State defendants David Holman and Clyde Sagers.  Deputy Attorney General Stacey Xarhoulakos has entered an appearance in this lawsuit on October 23, 2006, and will remain as counsel for the State defendants.

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court grant the Motion to Withdraw Representation.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Lisa Barchi, I.D. # 3927
Deputy Attorney General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400

Dated:  April 4, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1328-GMS |
| | ) |
| DAVID HOLMAN, Deputy Warden | ) |
| LAWRENCE McGUIGAN, and | ) |
| CLYDE SAGERS | ) |
| | ) |
| Defendants. | ) |

### 7.1.1 CERTIFICATE OF COUNSEL

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District Court of Delaware, that she is, as a practical matter, unable to discuss the subject of the Motion to Withdraw Representation with the Plaintiff because the Plaintiff has no telephone contact information. Defense counsel assumes that the Plaintiff opposes the Motion to Withdraw Representation.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Lisa Barchi, I.D. # 3927
Deputy Attorney General
820 N. French Street
Wilmington, DE  19801
(302) 577-8400
Attorney for State Defendants

Dated: April 4, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 04-1328-GMS |
| | ) |
| DAVID HOLMAN, Deputy Warden | ) |
| LAWRENCE McGUIGAN, and | ) |
| CLYDE SAGERS | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon the Motion to Withdraw Representation of State defendants; and it appearing that good and sufficient notice of the Motion to Withdraw Representation has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** that the Motion to Withdraw Representation of State defendants is **GRANTED**.

SO ORDERED this _____ day of _____, 2007.

_____
J.

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2007, I electronically filed with the Clerk of Court *Motion to Withdraw representation of State Defendants* using CM/ECF.  I hereby certify that on April 4, 2007, I have mailed by United States Postal Service, the document to the following non-registered participant:

 James Hall
6269 Oxon Hill Road
Apt. B-1
Oxon Hill, MD 20745

    *and*

 10904 Hidden Creek Court
Ft. Washington, MD 20744

/s/ Lisa Barchi
Lisa Barchi  # 3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
lisa.barchi@state.de.us