

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

February 28, 2007

[New Castle County-Civil Division]

James Hall
6269 Oxon Hill Rd.
Apt. B-1
Oxon Hill, MD 20745

    RE:  *Hall v. Homan, et al.*
           04-1328

Dear Mr. Hall:

    I represent the state defendants in the above-captioned matter. The state defendants seek to take your deposition pursuant to Rule 26 of the Federal Rules of Civil Procedure. The Court's scheduling order provides that fact discovery is to be completed by March 21, 2007 (D.I. 37). To that end, I would like to schedule the deposition prior to that date. Upon receipt of this letter, please contact me, using the contact information I provided below, so that we may discuss available dates for the deposition.

                                      Sincerely,

                                      Stacey Xarhoulakos
                                      Deputy Attorney General
                                      820 North French St.
                                      6th Floor
                                      Wilmington, DE 19801
                                      (302) 577-8400



**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

March 15, 2007

James Hall
6269 Oxon Hill Rd.
Apt. B-1
Oxon Hill, MD 20745

RE:  *Hall v. Homan, et al.*
     04-1328

Dear Mr. Hall:

This is my second attempt to communicate with you regarding discovery in the above-captioned matter. The defendants seek to take your deposition pursuant to Rule 26 of the Federal Rules of Civil Procedure. Upon receipt of this letter, please contact me so that we may discuss available dates for the deposition.

On February 2, 2007, the defendants served discovery requests on you. Responses to the requests were due by March 2, 2007. To date, defendants have not received your responses. Please respond to the discovery requests within 10 days of receipt of this letter. If a response is not received, I feel it will be necessary to file a motion with the Court compelling your response and requesting sanctions.

I can be contacted by telephone or mail at the address and telephone numbers listed below. Thank you for your cooperation.

Sincerely,

Stacey Xarhoulakos
Deputy Attorney General
820 North French St.
6th Floor
Wilmington, DE 19801
(302) 577-8400

2



JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

March 21, 2007

James Hall
10904 Hidden Creek Court
Ft. Washington, MD 20744

RE: *Hall v. Homan, et al.*
04-1328

Dear Mr. Hall:

Enclosed please find Interrogatories and Requests for Production that were filed by the Defendants on February 2, 2007. The discovery requests were sent to the last address you provided to the court, 6269 Oxon Hill Rd., Oxon Hill, MD 20745. Please clarify your correct mailing address with the Court.

Sincerely,

Stacey Xarhoulakos
Deputy Attorney General
820 North French St.
6th Floor
Wilmington, DE 19801
(302) 577-8400

Enclosures



JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

March 21, 2007

James Hall
10904 Hidden Creek Court
Ft. Washington, MD 20744

    RE:   *Hall v. Homan, et al.*
           04-1328

Dear Mr. Hall:

    Enclosed please find two letters recently sent to you. It is not clear from the Court docket what your mailing address is. The last address you provided to the Court was 6269 Oxon Hill Rd., Oxon Hill, MD 20745 and that is where the discovery requests and previous two letters were sent. Please contact me at the address listed below to discuss discovery and deposition dates. Also, please clarify your current mailing address with the Court.

                             Sincerely,

                             Stacey Xarhoulakos
                             Deputy Attorney General
                             820 North French St.
                             6th Floor
                             Wilmington, DE 19801
                             (302) 577-8400

Enclosures