**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

#SX
re: Not. of Dep

Sent To: James Hall
Street, Apt. No.; or PO Box No.: 6269 Oxon Hill Rd., Apt. B-1
City, State, ZIP+4: Oxon Hill, MD 20745-3079

7000 1670 0004 4807 4272

PS Form 3800, May 2000    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

#SX
re: Not. of Dep

Sent To: James Hall
Street, Apt. No.; or PO Box No.: 10904 Hidden Creek Court
City, State, ZIP+4: Ft. Washington, MD 20744

7000 1670 0004 4807 9999

PS Form 3800, May 2000    See Reverse for Instructions