Statement of Counsel

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES HALL,                       )
                                  )
        Plaintiff,                )
                                  )
v.                                )   Civil Action No.
                                  )      04-1328-GMS
DAVID HOLMAN, Deputy Warden,      )
LAWRENCE MEGUIGAN, and Acting     )
Deputy Warden Clyde Sagers,       )
                                  )
        Defendants.               )

        STATEMENT OF COUNSEL at scheduled deposition of JAMES HALL taken pursuant to notice at the offices of State of Delaware Department of Justice, 820 North French Street, 6th Floor, Wilmington, Delaware, beginning at 9:25 a.m. on Tuesday, April 17, 2007, before Robert W. Wilcox, Sr., Registered Merit Reporter and Notary Public.

APPEARANCES:

        STACEY XARHOULAKOS, ESQ.
        Deputy Attorney General
          State of Delaware
          Department of Justice
          820 N. French Street - 6th Floor
          Wilmington, Delaware  19801
          for the Defendants.

----------------------------------------------------------
              CORBETT & WILCOX
230 N. Market Street - Wilmington, Delaware 19801
                (302) 571-0510

      Corbett & Wilcox is not affiliated with

        Wilcox & Fetzer, Court Reporters

www.corbettreporting.com

Statement of Counsel

Page 2

1   MS. XARHOULAKOS: Stacey Xarhoulakos,
2   counsel for defendants, is present today for the
3   deposition of James Hall, the plaintiff, in this
4   matter. Mr. Hall was noticed for the deposition on
5   April 3rd. Notice was sent by certified mail to two
6   addresses, 6269 Oxon Hill Road, Apartment B-1, Oxon
7   Hill, Maryland and also 10904 Hidden Creek Court, Fort
8   Washington, Maryland.
9   It is now 9:25. Mr. Hall has not appeared
10  for the deposition, nor has he contacted my office by
11  telephone or letter to state that he would not appear.
12  (The proceedings concluded at 9:25 a.m.
13  this same day.)
14  - - - - -
15
16
17
18
19
20
21
22
23
24

Statement of Counsel

Page 3

State of Delaware )
)
County of New Castle )

C E R T I F I C A T E

I, Robert W. Wilcox, Sr., Registered Merit Reporter and Notary Public, do hereby certify that the foregoing record, page 2, is a true and accurate transcript of my stenographic notes taken on April 17, 2007, in the above-captioned matter.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 17th day of April, 2007, at Wilmington.



Robert W. Wilcox, Sr.

Certification No. 133-PS

DATED: April 17, 2007

www.corbettreporting.com