# Corbett & Wilcox

230 North Market Street • Wilmington, DE 19801• phone 302.571.0510 • fax 302.571.1321
15 East North Street • Dover, DE 19901 • phone 302.734.3534 • fax 302.734.3552
Corbett & Wilcox is not affiliated with Wilcox & Fetzer, Court Reporters

Job #: 070417RW
Job Date: 04/17/2007
Order Date: 04/17/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 94587
Inv.Date: 04/17/2007
Balance: $102.95

**Bill To:**
Stacy Xarhoulakos, Esq
Department of Justice
Carvel State Building
820 North French Street
6th Floor
Wilmington, DE 19801

**Action:** Hall, James
vs
Holman, David and Meguigan, Lawrence
**Action #:**
**Rep:** Robert Wilcox, Sr.
**Cert:**

| Item | Proceeding/Witness | Description | Quantity | Amount |
|---|---|---|---|---|
| 1 | Statement Of Counsel | Original & One - Minimum Fee | 1.00 | $95.00 |
| 2 | | Hand Delivery | 1.00 | $7.95 |

**Comments:**
Thank you for your business.

| | |
|---|---|
| Sub Total | $102.95 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $102.95 |
| Payment | $0.00 |
| Balance Due | $102.95 |

Federal Tax I.D.: 51-0251719    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Stacy Xarhoulakos, Esq
Department of Justice
Carvel State Building
820 North French Street
6th Floor
Wilmington, DE 19801

**Deliver To:**
Stacy Xarhoulakos, Esq
Department of Justice
Carvel State Building
820 North French Street
6th Floor
Wilmington, DE 19801

# Invoice

Invoice #: 94587
Inv.Date: 04/17/2007
Balance: $102.95
Job #: 070417RW
Job Date: 04/17/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Corbett & Wilcox

230 North Market Street • Wilmington, DE 19801• phone 302.571.0510 • fax 302.571.1321
15 East North Street • Dover, DE 19901 • phone 302.734.3534 • fax 302.734.3552
Corbett & Wilcox is not affiliated with Wilcox & Fetzer, Court Reporters

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1328-GMS |
| ) | |
| DAVID HOLMAN, Deputy Warden ) | |
| LAWRENCE MEGUIGAN, and ) | |
| Acting Deputy Warden Clyde Sagers ) | |
| ) | |
| Defendants. ) | |

### 7.1.1 CERTIFICATION OF COUNSEL

Counsel for the Defendants files this certification in compliance with Rule 7.1.1 of the Local Rules of Civil Procedure and certifies that:

1. Plaintiff is unable to be reached by telephone as he has not provided counsel with a telephone number. Plaintiff has not responded to any of counsel's attempts to communicate through correspondence.

3. Accordingly, counsel assumes that the motion is opposed.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, ID#4667
Deputy Attorney General
Department of Justice
State of Delaware
Carvel State Office Building
820 North French Street, 6th Fl.,
Wilmington, DE 19801
(302) 577-8400

Dated: April 27, 2007

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1328-GMS |
| | ) |
| DAVID HOLMAN, Deputy Warden | ) |
| LAWRENCE MEGUIGAN, and | ) |
| Acting Deputy Warden Clyde Sagers | ) |
| | ) |
| Defendants. | ) |

## ORDER

This _____ day of _____, 2007,

**WHEREAS**, Defendants having requested an order compelling Plaintiff to respond to discovery within thirty (30) days, compelling Plaintiff to appear for a deposition, and ordering Plaintiff to pay fees as a sanction for his failure to attend his depositon; and

**WHEREAS**, there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' Motion For An Order Compelling Discovery and Motion For Sanctions be granted and the Plaintiff shall respond to discovery and communicate with counsel for Defendant to schedule Plaintiff's deposition within thirty (30) days. Plaintiff shall also be required to pay the costs of the deposition, in the amount of $102.95, for which Plaintiff did not appear within thirty (30) days.

_____
The Honorable Gregory M. Sleet

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2007, I electronically filed *Defendants' Motion for Order Compelling Discovery and Motion for Sanctions* with the Clerk of Court using CM/ECF. I hereby certify that on April 27, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

James Hall
*Pro Se*
6269 Oxon Hill Road
Apt. B-1
Oxon Hill, MD 20745-9079

   *and*

10904 Hidden Creek Court
Ft. Washington, MD 20744

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos (I.D. 4667)
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us

Dated: April 27, 2007    *Attorney for Defendants*