IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 04-1328-GMS |
| | ) |
| DAVID HOLMAN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 10th day of May, 2007;

IT IS ORDERED that a discovery conference is scheduled before Nancy Rebeschini, Esquire, pro se law clerk, to discuss pending discovery motions and discovery deadlines.

The conference is set for **Friday, May 25, 2007 at 1:00 p.m.**, and will take place in the U.S. Courthouse, Courtroom 4A, Fourth Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

The clerk of the court is directed to send a copy of this order to the plaintiff at his address listed on the docket sheet, and to 10904 Hidden Creek Court, Ft. Washington, MD 20744.

**Plaintiff is placed on notice that failure to appear at the discovery conference may result in the case being dismissed for failure to prosecute.**

_____
UNITED STATES DISTRICT JUDGE



FILED
MAY 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE