Case 1:04-cv-01328-GMS    Document 64    Filed 06/11/2007    Page 1 of 2

To: Peter T. Dalleo, Clerk of the court
844 N. King St. USDC.
Wilmington Del

From: James Hall, pro se 0016758I P.1. B-2
1181 Paddock RD. Smyrna Del

Re: C.A.# 04-1328-GMS.

Dear Sir, I'm currently being housed at the Delaware correctional center near Smyrna. This letter/request is in regard to the court forwarding by sending me any and all /order/memorandum and outstanding a docket sheet pertaining to the above captioned case # 04-1328-GMS. A prompt acknowledgement of this request will be highly appreciated.



FILED
JUN 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Date 6/6/07

James Hall, JR. 80
James Hall .0016758I
P.1. B2 Delaware correctional
center 19497

