**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

New Castle County-Civil Division

June 15, 2007

The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

  Re: *Hall v. Holman, et al.*
    <u>C.A. No. 06-1288 (GMS)</u>

Dear Judge Sleet:

  Our office represents the defendants in the above-captioned case. On May 10, 2007, you ordered the parties to appear for a discovery hearing to address pending discovery motions and deadlines. Your order indicated that if plaintiff should fail to appear at the conference it may result in a dismissal of the case. Counsel for the defendants appeared for the conference on the scheduled date and time. Plaintiff did not appear nor did he contact the Court or counsel to state he would not appear.

  On May 10, 2007, you issued an Order requiring Plaintiff to pay the balance of his filing fee or submit a new standard form application to determine *in forma pauperis* status within 30 days or the case would be dismissed. Plaintiff has not remitted either and the 30 day deadline has passed.

  Plaintiff has been re-incarcerated and has now written the Court with his correctional address and to request docket information from the Court. (D.I. 64). This litigation was not stayed while plaintiff was out of prison only to restart upon his re-incarceration. Plaintiff failed to prosecute his case for the past year, failed to comply with discovery deadlines, failed to appear for his noticed deposition, failed to respond to motions, and failed to comply with Court Orders. Defendants respectfully request that the case be dismissed.

I remain available to the Court should anything further be required.

        Respectfully submitted,

        /s/ Stacey Xarhoulakos

        Deputy Attorney General

cc:    James Hall