To: Peter T. Dalleo Clerk of the court
844. N. King St Lockerbox 18
Wilmington Del 19805

From: James Hall, Pro Se 00167581
1181 Paddock RD Smyrna Del
19977

Re: 04-1328-GMS, James Hall, v David Holman et. al.

Dear Sir previously I've written this Honorable court in reference to my obtaining my current status in this present litigation and I also requested any and all outstanding order, memorandum, Ect. and also I've requested a Docket sheet in compliance with the above captioned and named case this is a Refusal that I've and obvious please at your earliest convenience can you please. Send me the requested items.



6/13/07

James Hall
James Hall 00167581
1181 Paddock RD Smyrna
19977

I/M Sumner Hall pro.se.
SBI# 167581   UNIT B-J pro-per/
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Clerk of the Court U.S.D.C.
844 N. King St. Lockerbox 18
Wilmington, Del. 19805