IN THE UNITED STATES DISTRICT COURT
For The District of Delaware

James Hall,
    Plaintiff
v.

David Holman, Lawrence McGuigan,
Clyde D. Sagers, Defendants

C.A. No. # 04-1328 ~~06-1788-GMS~~

Jury Trial of twelve Demanded

FILED
JUL -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Motion for Appointment of Counsel

Pursuant to the Appropriate Rule of Civil procedures and all case law authorities.

Come Now the plaintiff James E Hall And moves this Honorable Court to grant his motion Appointing him counsel for purposes of Discovery Pretrial motions and Trial the plaintiff Deposes and states as follows:

1.) Plaintiff cannot afford counsel

2.) Plaintiff has made several attempts to obtain counsel

3.) Plaintiff has caused several copies of appointment of counsel to the Honorable court the Honorable court felt that at the time plaintiff motioned the court for appointment of counsel

The Court felt that his motion was premature

4) The Honorable court stated that it shall entertain a Renewed motion for Appointment of counsel when the time warrented Plaintiff respectfully ask that the time be nown

5) Plaintiff has made mistakes wich were almost Fatal to his claim a Lawyer at this stage of the Litigation would greatly improve the odds and make even the playing field a Lawyer would greatly improve Plaintiff motions to the court, Address incoming motions from defendant counsel allow a broad and level Cross Examination of Proffesional witnesses [I.e, Doctors Loywers, Supervisor-Officials Ect.]

6) In his motion for Summary Judgement The Plaintiff asked this Honorable Court to grant him counsel for the limited purpose of Settlement talks and trial

7) a counsel for the plaintiff at this time would greatly improve his chances of presenting evidence to the court and defeating evidence presented by opposition

8) matters have improved beyond the initial stages of this Litigation The Plaintiff has no experience in pre-trial motions Settlement talks Deposition Ect a lawyer at this stage his expertise would better suit Brief Answering Timelines.

## Conclusion

Plaintiff has brought forth a meritorious legally non-frivolous claim against defendants and respectfully ask this Court to appoint him counsel in the instant case for purposes of Deposition, Discovery matter (I.e, Brief Answering) and leveling the playing field in the interest of fairness.

**Wherefore:** plaintiff prays this Honorable court grant his motion appointing him counsel to represent him in the instant case in the interest of fairness and the interest of justice.

Submitted this 3 day of July 07

/s/ James Hall
James Hall 00167581
1181 Paddock Rd Smyrna
Del 19977

# Certificate of Service

I, _James Hall_, hereby certify that I have served a true and correct cop(ies) of the attached: _Appointment of Counsel_ _____ upon the following parties/person (s):

TO: _Deputy Attorney General_
_Mrs Stacey Xarhoulakas_
_Department of Justice 820 N._
_French St 8th Floor Carvel office_
_Bldg Wilmington DE 19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977, postage to be paid by the Dept. Of Corrections.

On this _3_ day of _July_, 2007

_James Hall_