# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

James Hall
_____

v.

David Holman et. Al.,
_____

DISTRICT COURT
DOCKET NUMBER: 04-1328-GMS

DISTRICT COURT
JUDGE: Honorable Gregory M. Sleet

Notice is hereby given that ____James Hall____
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on __8/20/07__
(date)

Dated: 7/12/07

_____
(Counsel for Appellant-Signature)

James Hall
(Name of Counsel - **Typed**)

1181 Paddock Rd
(Address)

Smyrna Del 19977
(City, State Zip)

_____
(Telephone Number)

FILED
AUG 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
(Counsel for Appellee)

_____
(Address)

_____
(City, State Zip)

_____
(Telephone Number)

**NOTE: USE ADDITIONAL SHEETS** if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

I/M James Hall
SBI# 162381   UNIT C-05 pod b-15 1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Clerk of the Courts Office
United States District Court
844 N. King Street Lockbox 18
Wilmington Del
         19805-