To: Peter C. Dalleo
USDC. 844 N. King St
Lockerbox 18 Wilmington Del 14801

FROM: James Hall pro se, 167581
1181 Paddock RD Smyrna Del 19977

RE: Notice of appeal for 04-1328-GMS



Date 8/20/07

BD Scanned

Dear Sir the Law Library of pretrial here at the prison
gave me this notice of appeal and docket date I Don't
know How to express this consern to the Honorable Gregory ur slet
but the law librarian said he would concure the facts, and
told me to stress this fact to the Honorable Court I Humbly
Request this consideration and not be penalized as I was
for the mail room here at the Prison once previously
entered into Circulation [i.e the mail] my Response to show
cause and that was no fault of my own I placed it in U.S.
Mail on the 3 of Jone and if added late wich was a factor
in Dismissing my case not withstanding every consideration that the
state Defendant control the mail not me, the Plaintiff will
Humbly await the Honorable Court's Response

James Hall 167581
Pro Se  Pg-25

8/21/07