Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

04-1328 GMS

RETURN FOR POSTAGE

James Hall
SBI# 00167581
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RTS

RETURN FOR POSTAGE

FILED
JAN -7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 04-1328-GMS |
| | ) |
| DAVID HOLMAN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on July 13, 2007, the court entered an order, dated July 12, 2007, dismissing the case with prejudice pursuant to Fed. R. Civ. P. 41(b) for want of prosecution (D.I. 70);

WHEREAS, on August 23, 2007, the plaintiff, James Hall ("Hall"), filed a notice of appeal of the July 12, 2007 order (D.I. 71);

WHEREAS, pursuant to Fed. R. App. P. 4(a)(1), the time for filing a notice of appeal is within thirty (30) days after the judgment or order appealed from is entered;

WHEREAS, on the same date Hall filed his notice of appeal, he submitted a letter to the court explaining that he was belatedly given, by the pretrial law library, a notice of appeal and packet, indicating that the law librarian would "concur the facts" and requesting consideration that he not be penalized (presumably for filing the late notice of appeal) (D.I. 72);

WHEREAS, considering the foregoing, the court construes the letter (D.I. 72) as a motion for an extension of time to file a late notice of appeal and finds that Hall has demonstrated good cause for the late filing as required by Fed. R. App. P. 4(a)(5)(A)(ii);

THEREFORE, at Wilmington this 19th day of December, 2007, IT IS ORDERED that the motion for an extension of time to file a notice of appeal (D.I. 72) is **GRANTED** and the

notice of appeal is deemed filed as of the date this order is granted pursuant to Fed. R. App. P. 4(a)(5)(C).



CHIEF, UNITED STATES DISTRICT JUDGE

FILED

DEC 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE