ALD-60

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 07-3550
_____

JAMES HALL,
                              Appellant

v.

DAVID HOLMAN,
In his Individual Capacity;
LAWRENCE MCGUGAN,
In his Individual Capacity;
ACTING DEPUTY WARDEN CLYDE D. SAGERS,
In his Individual Capacity

_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civil No. 04-cv-01328)
District Judge:  Honorable Gregory M. Sleet

_____
Submitted for Possible Dismissal Due to Untimeliness
or Pursuant to 28 U.S.C. § 1915(e)(2)(B)
or for Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
February 12, 2008

Before:    SLOVITER, FISHER AND HARDIMAN, CIRCUIT JUDGES
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the District of Delaware and was submitted for possible dismissal due to untimeliness or pursuant to 28 U.S.C. § 1915(e)(2)(B) or for summary action pursuant to

Third Circuit LAR 27.4 and I.O.P. 10.6 on February 12, 2008. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered July 13, 2007, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
 Clerk

DATED: February 20, 2008

Certified as a true copy and issued in lieu
of a formal mandate on  13 March 2008

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**